# EXHIBIT A

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  **QUESTIONABLE DEATH Custodial Death**
2.  **MCLENNAN COUNTY,  WACO, TX, US**
3.  **IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa**
4.  **10/06/2014       ( Monday )**

McLennan County Sheriff's Office Deputies went to place LILLY under arrest, LILLY became uncooperative and resisted arrest.  One Deputy used his department issued taser on LILLY to gain compliance.  LILLY was eventually placed in handcuffs.  LILLY was then transported to the McLennan County Jail in Waco, Texas.

**1.4** Later this same date, 10/06/2014, LILLY complained of chest pains.  LILLY was given two electrocardiograms (EKG) and was given medication.  Later LILLY was found unresponsive in her cell.  LILLY was transported to Providence Hospital, where she was pronounced dead at 10:14 PM by Doctor Roy CROWNOVER.

**1.5** McLennan County Justice of the Peace Pete PETERSON arrived on scene and ordered an autopsy.  LILLY's body was picked up by Waco Mortuary and later transported to Southwestern Institute of Forensic Sciences in Dallas, Texas.

**1.6** This report serves as an initial report only.  The following reports will detail the investigative efforts of Ranger PENA.

**1.7** This investigation will continue.


**OFFENSES**

**1.1**   1.  **QUESTIONABLE DEATH, Custodial Death**
2.  **MCLENNAN COUNTY,  WACO, TX, US**
3.  **IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa**
4.  **10/06/2014     ( Monday )**


**INVESTIGATORS/PUBLIC OFFICIALS:**

**1.1** Patrick PENA ,  Texas Ranger, Texas Rangers, Company "F"
102 Texas Ranger Trail
Waco, TX 76706
(254) 754-2303

03/17/2017 2:05:21 PM

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa
4.  10/06/2014        ( Monday )

the case of Ms. Iretha Lilly came before me.  Ms. Lilly had
previously entered a plea of guilty to a state jail felony
theft case.  The State had recommended she be placed on
deferred adjudication.  I had routinely ordered a Pre-
sentence Investigation conducted by the probation
department."

2.12  Judge STROTHER's statement continued:

"The investigation showed that Ms. Lilly had a record of
several arrests over a period of time.  Significantly, for
me, she had also tested positive for marijuana during this
investigation, and had admitted to using this substance
regularly. The probation department had suggested that, if I
decided to accept the plea bargain agreement and place the
defendant on deferred adjudication probation, I assess her
some upfront jail time as a term and condition of her
probation.  Accordingly, I had decided to give Ms. Lilly 100
days upfront as a term of her probation."

2.13  Judge STROTHER's statement continued:

"When Ms. Lilly appeared in court, she did not have her
attorney of record with her.  Instead, another lawyer, Ms
Paula Allen was standing in for Mr. David Hudson.  When the
defendant and Ms Allen learned that I intended to take her
into custody, Ms Allen requested that I continue the hearing
until Mr. Hudson could attend.  Meanwhile, because Ms Lilly
was becoming verbal about not wanting to do jail time, and
because of her demeanor and appearance, I decided to have
her drug tested in court. Being informed of this, Ms Lilly
stated she "will be dirty."  The test showed positive for
methamphetamine. Amphetamine. and marijuana."

2.14  Judge STROTHER's statement continued:

"I agreed to reschedule the hearing until her attorney of

03/17/2017 2:06:07 PM

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  **QUESTIONABLE DEATH Custodial Death**
2.  **MCLENNAN COUNTY,  WACO, TX, US**
3.  **IRETHA JEAN LILLY, B/F, 05/24/1977   37 yoa**
4.  **10/06/2014       ( Monday )**

record could attend.  However, because Ms Lilly knew she would be going to jail, had three different illegal substances in her system, and was adamant about not going to jail, I feared she would abscond and not appear for the next hearing.  Therefore, I ordered her into custody."

**2.15**  Judge STROTHER's statement continued:

"As the deputies were attempting to place handcuffs on her, Ms Lilly became belligerent, started yelling and resisting the deputies.  She struggled with three deputies, Kenneth Hutyra, Mike Hutchinson, and David James.  All were ordering her to be still, stop resisting and calm down.  She refused to do so.  Ms Lilly's behavior caused me to be concerned for the safety of my staff.  One of my court coordinators, Ms Ellen Watson was very close, as was the court reporter, Ms Cathy McDaniel.  Finally, Deputy James told her several times to stop kicking and hitting or he would have to use his taser.  The warnings had no affect.  Ms Lilly continued to struggle, and Deputy James used his taser.  I am unsure whether he used it once or more than once.  Regardless, Ms Lilly stopped struggling and fighting and the officers were able to secure her. Throughout this incident the deputies never placed Ms Lilly in any type of choke hold, and they never struck her with their hands, and did not use  any force other than trying to put her arms behind her back to secure the handcuffs.  She was escorted from the courtroom, and was able to walk on her own.  She continued to shout and scream as she was led from the courtroom and down the hall. She was so loud and disruptive that it interrupted a capital murder trial being held in the 54th District Court."

**2.16**  Judge STROTHER's statement concluded:

"At no time during the entire incident did Ms Lilly complain of pain, discomfort, or indicate in any way that she was injured.  She was merely angry about going to jail.  She

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1. QUESTIONABLE DEATH Custodial Death
2. MCLENNAN COUNTY,  WACO, TX, US
3. IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa
4. 10/06/2014      ( Monday )



**2.12**

**2.13** Judge STROTHER's statement continued:

"When Ms. Lilly appeared in court, she did not have her attorney of record with her.  Instead, another lawyer, Ms Paula Allen was standing in for Mr. David Hudson.  When the defendant and Ms Allen learned that I intended to take her into custody, Ms Allen requested that I continue the hearing until Mr. Hudson could attend.



**2.14** Judge STROTHER's statement continued:

"I agreed to reschedule the hearing until her attorney of

03/17/2017 2:06:07 PM

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1. QUESTIONABLE DEATH Custodial Death
2. MCLENNAN COUNTY,  WACO, TX, US
3. IRETHA JEAN LILLY,  B/F, 05/24/1977  37 yoa
4. 10/06/2014      ( Monday )

record could attend.  However, because Ms Lilly knew she
would be going to jail, had three different illegal
substances in her system, and was adamant about not going to
jail, I feared she would abscond and not appear for the next
hearing.  Therefore, I ordered her into custody."

2.15



2.16

TR-1 (Rev. 02/03)                    *DPS SENSITIVE*

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1. **QUESTIONABLE DEATH** Custodial Death
2. **MCLENNAN COUNTY,  WACO, TX, US**
3. **IRETHA JEAN LILLY**,  B/F, 05/24/1977   37 yoa
4. **10/06/2014      ( Monday )**

All above items stayed with LILLY's body at the conclusion of the autopsy.

3.2  On 10/09/2014, Ranger PENA received a copy of the East Texas Medical Center (ETMC) Emergency Medical Services (EMS) Patient Care Report that was completed on LILLY when she was transported to Providence Hospital on 10/06/2014.  For further details, refer to Exhibit 3.2, Patient Care Report with Run Number 214538.

3.3  On this same date, 10/09/2014, Ranger PENA interviewed three (3) inmates at the McLennan County Jail.  These inmates were all incarcerated down the same hallway as LILLY  in Medical Segregation on 10/06/2014.

3.4  Ranger PENA interviewed Lacey Ann BALDWIN.  Ranger PENA will summarize the interview with BALDWIN.  The following summary does not contain all comments made during the interview, nor does it necessarily reflect the chronology of the discussion.  Exhibit 3.3 contains a verbatim account of the interview.  Exhibit 3.3 is one (1) DVD containing the digital audio recording of the interview.  A summary of BALDWIN's statement follows.

BALDWIN stated her medical segregation cell was next to the examination room in medical.  BALDWIN recalled hearing a woman crying and breathing heavy in the medical area. BALDWIN remembers the lady was a black female with short hair and was brought in on a wheelchair.  BALDWIN stated this female was placed in a cell down from her.  Later in the evening, BALDWIN stated she recalled hearing officers and nurses trying to get this female's attention by yelling through the cell door.  BALDWIN remembered hearing the staff call for an ambulance.  Ranger PENA ended the interview with BALDWIN.

03/17/2017 2:07:19 PM

REPORT OF INVESTIGATION

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY, B/F, 05/24/1977  37 yoa
4.  10/06/2014      ( Monday )

was going to be combative, as I saw inmate Lilly being
escorted to the property room by other deputies.  Inmate
Lilly was her personal clothes.  I saw that she was crying
and appeared visibly upset but was not resisting in any way
so I continued on to go to lunch."

**4.3**  GARRETT's written statement concluded:

"Later that day while changing out a male inmate near the
medical intake room, a call came out over the radio calling
for additional officers in A-wing, I stepped into the
medical intake room where they had inmate Lilly hooked up to
a blood pressure/pulseox machine taking her vital signs so
the officer who was originally with Lilly could respond to
the incident. While in the medical intake room with Lilly
she was complaining of chest pain and appeared to be crying,
the nurse (Nurse Outley) was telling her it was most likely
anxiety and that she needed to try to calm herself down.
Inmate Lilly was wearing suicide prevention suit. I remained
with inmate Lilly until such time as Cpl. VanDyke relieved
me so I could help take an emergency restraint chair to A-
wing to assist in the previously mentioned incident. These
are the only two times I recall having any interaction with
Inmate Lilly to the best of my knowledge."

End of Statement.

**4.4**  Ranger PENA met with OUTLEY where she provided a written
statement on a Sworn Affidavit (Exhibit 4.2).  OUTLEY's
verbatim statement is as follows:

"My name is Trinecha Outley and I am a Licensed Vocational
Nurse (LVN.)  I work at McLennan County Sheriff office and I
am 33 years old. I have worked at McLennan County Jail
approximately 4 and half years. I worked Medical Intake on
10/06/14.  At Medical Intake I am responsible for medically
clearing every inmate that comes into the jail.  I document

*DPS SENSITIVE*

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa
4.  10/06/2014       ( Monday )

basic medical history and obtain vitals and conduct a
medical assessment.  On this date approximately 1130 hours,
inmate Lilly was brought into the jail as reported to me
from court due to being reprimanded to jail. Inmate seemed
to be distraught and crying heavily and when brought into
the intake room she would not answer any of the medical
screening questions as to providing medical history and
mental status. Inmate was taken into the change out room
where she was put on a suicide watch for safety precautions
due to not providing information to medical. Inmate was then
escorted to holdover cell. Inmate was continuously monitored
on 15 minute watch."

**4.5** OUTLEY's written statement continued:

"Later inmate was brought to my office walking on her own
but escorted by a deputy complaining of pain to back and
legs. No specific location. At this time I was able to get
her medical history after several attempts to get her to
calm and stop crying. Inmate was assessed and continued to
cry and state that she was innocent and she didn't do
anything. She also went on to say that she was tased at the
courthouse.  This was my first knowledge of knowing she was
tased. Inmate provided me with medical history and was asked
is this nurse could collect some urine and she stated she
could no go at the time and continued to cry. Inmate was
then concerned for her children stating that they were left
alone at a hotel and then continued to cry. This nurse
continued to try and calm inmate to get more information and
at this time she continued to cry and be concerned about her
children."

**4.6** OUTLEY's written statement continued:

"This nurse finally got inmate calm with another officer and
at this point inmate was allowed to use the phone to check
on the welfare of her children. This nurse observed inmate

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death

2.  MCLENNAN COUNTY,  WACO, TX, US

3.  IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa

4.  10/06/2014       ( Monday )

basic medical history and obtain vitals and conduct a
medical assessment.  On this date approximately 1130 hours,
inmate Lilly was brought into the jail as reported to me
from court due to being reprimanded to jail. Inmate seemed
to be distraught and crying heavily and when brought into
the intake room she would not answer any of the medical
screening questions as to providing medical history and
mental status. Inmate was taken into the change out room
where she was put on a suicide watch for safety precautions
due to not providing information to medical. Inmate was then
escorted to holdover cell. Inmate was continuously monitored
on 15 minute watch."

**4.5**  OUTLEY's written statement continued:

"Later inmate was brought to my office walking on her own
but escorted by a deputy complaining of pain to back and
legs. No specific location. At this time I was able to get
her medical history after several attempts to get her to
calm and stop crying. Inmate was assessed and continued to
cry and state that she was innocent and she didn't do
anything. She also went on to say that she was tased at the
courthouse.  This was my first knowledge of knowing she was
tased. Inmate provided me with medical history and was asked
is this nurse could collect some urine and she stated she
could not go at the time and continued to cry. Inmate was
then concerned for her children stating that they were left
alone at a hotel and then continued to cry. This nurse
continued to try and calm inmate to get more information and
at this time she continued to cry and be concerned about her
children."

**4.6**  OUTLEY's written statement continued:

"This nurse finally got inmate calm with another officer and
at this point inmate was allowed to use the phone to check
on the welfare of her children. This nurse observed inmate

REPORT OF INVESTIGATION

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1. **QUESTIONABLE DEATH Custodial Death**
2. **MCLENNAN COUNTY,  WACO, TX, US**
3. **IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa**
4. **10/06/2014      ( Monday )**

**4.13**   Ranger PENA met with CARR where he provided a written statement on a Sworn Affidavit (Exhibit 4.4).  CARR's verbatim statement is as follows:

"My name is Alan Carr.  I am a Licensed Vocational Nurse (LVN) for the McLennan County jail.  On 10/06/14 I was working the 7AM-7PM shift assigned to the Medical area of the jail.  I was called by Nurse Outley over the phone and asked to report to the intake room to help Nurse Outley assess an inmate who was complaining of chest pain.  I walked the intake room with Nurses Wilson and Lehman.  While at the intake room, I heard inmate complain about having a chest pain.  Nurses Wilson, Lehman and I escorted inmate to the medical examination room.  I do not remember if the inmate was walking or was on a wheelchair.  When I came into contact with the inmate I observed her to be crying and seemed upset."

**4.14**   CARR's written statement concluded:

"Once inside the examination room, we conducted the ekg.  I don't remember if it was Nurse Wilson or Nurse Lehman who conducted the test, but I only assisted in applying leads. The inmate was asked to get on our examination table and lay flat on her back. We then began connecting the leads for the ekg. The inmate was asked to lay as still as she could so we can get an accurate reading. The ekg was performed and printed out. The report was then given to our director of nurses Roberts.  She read the report. We advised the director that the inmate was upset, crying, and was moving during the ekg. The director advised to repeat the ekg on the next shift. The inmate was then escorted back to the booking area by a jailer.  I do not remember if the inmate walked back or was on a wheelchair.  I did not come into contact or observe inmate anymore after this.  I left the jail when my shift was over at 7PM."

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1. QUESTIONABLE DEATH Custodial Death
2. MCLENNAN COUNTY,  WACO, TX, US
3. IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa
4. 10/06/2014      ( Monday )

End of statement.

4.15   Ranger PENA met with LEHMAN where she provided a written
statement on a Sworn Affidavit (Exhibit 4.5).   LEHMAN's
verbatim statement is as follows:

"My name is Holli Wyn Lehman, I am a Licensed Vocational
Nurse at McLennan County Jail and have worked here for
approximately three and a half years. On Monday, October 6,
2014, I was working the 7a-7p shift. Between 1800-1815 after
leaving an incident in A wing, I along with co-workers Nurse
Mary Wilson and Nurse Alan Carr walked up to the medical
intake room to assist Nurse Trinecha Outley with an inmate.
When we arrived to the intake room, inmate Lilly was sitting
in a chair. Inmate Lilly appeared anxious by being fidgety
and visibly upset.  I heard inmate Lilly make a general
statement about chest pain. Nurse Alan attempted to
reproduce the pain inmate Lilly was experiencing. After
Nurse Alan could not reproduce the pain, Inmate Lilly
stated, "no, it is on the inside, like when I breathe."

4.16   LEHMAN's written statement continued:

"At this time, it is determined that we would perform an
EKG.  Inmate Lilly was transported by wheelchair by Officer
Amanda Tippie to the treatment room where the EKG is to be
performed. When Inmate Lilly arrived to the treatment room,
she placed herself onto the examination table as requested
with minimal assistance.  Inmate Lilly stated to be still
having the chest pain along with pain to her leg, back, and
arm. Nurse Alan and Nurse Mary placed the electrodes onto
Inmate Lilly as I prepared the lines and machine for the
EKG. Before beginning the EKG, Inmate Lilly was asked
multiple times to try to be as still as possible and to not
talk until the EKG was completed. Inmate Lilly continue to
have short, fast breathing resembling panting and

03/17/2017 2:07:59 PM

REPORT OF INVESTIGATION

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa
4.  10/06/2014      ( Monday )

**7.3**  ROBERTS' written statement continued:

"On the day in question, October 6, 2014 at approximately
1830, the nurses asked me to look at an Electrocardiogram
(EKG) on an inmate in booking.  The nurses told me she had
been tased at court earlier in the day and was still being
uncooperative with guards and medical staff.  The EKG that
was presented to me was an abnormal EKG.  When I questioned
the conditions of the inmate and situation during the EKG, I
was told by the nurses that Inmate Lilly was being
uncooperative, talking, moving, and breathing hard during
the EKG.  The nurses stated that the inmate was complaining
of intermittent chest pain and arm pain.  I was not informed
by the nurses she was showing signs/symptoms of a heart
attack; no diaphoresis, no nausea/vomiting, no elevated
vital signs.  The EKG showed movement in the leads and a
possible ST elevation, but I wanted it repeated to be sure
before sending it to Dr. Wells since movement, talking, etc.
during an EKG can produce a false reading in an EKG. I asked
that the EKG be repeated when the inmate was able to be more
cooperative and calm for a more accurate reading.  I left
work."

**7.4**  ROBERTS' written statement continued:

"At approximately 2004 nurse Kim Riendfliesch, LVN phoned me
on my cell phone stating that the second EKG was complete.
I asked Nurse Riendfliesch to take the 2 EKGs to Lieutenant.
Ward so he could take a picture of the 2 EKGs and send them
to my phone via text message. At approximately 2007 I then
phoned Lieutenant. Ward explaining what I had asked Nurse
Riendfliesch to do and he agreed to send the picture(s) to
my cell phone."

"At approximately 2009, I then phoned Dr. John Wells and
explained what was going on at the jail with Inmate Iretha

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  **QUESTIONABLE DEATH Custodial Death**
2.  **MCLENNAN COUNTY,  WACO, TX, US**
3.  **IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa**
4.  **10/06/2014      ( Monday )**

Lilly (complaining of chest pain) and that I was awaiting
EKG pictures to be sent and I would forward the pictures to
him as soon as I received them."

7.5   ROBERTS' written statement continued:

"At approximately 2012, I phoned the jail and spoke with
Nurse Kim Riendfliesch.  Nurse Riendfliesch told me the
second EKG looked similar to the first EKG.  I made a
decision to have inmate Lilly medicated before receiving and
reviewing the second EKG.  Due to the previous complaints of
chest and arm pain, and then being told the second EKG
looked similar to the first one, I verbally ordered Nurse
Riendfliesch to give inmate Lilly 324mg Aspirin, chewable,
and a 0.4 Nitroglycerin sublingual (SL) and recheck her in 5
minutes; expressed the importance of inmate having a good
blood pressure prior to getting the Nitroglycerin, because
it could lower her blood pressure.  Nurse Riendfliesch
stated that the inmate was going to be housed, and I told
Nurse Riendfliesch to move the inmate to the Medical
Department so she could be more closely monitored until this
issue was resolved."

7.6   ROBERTS' written statement continued:

"I received the EKG picture(s) from Lieutenant. Ward at
approximately 2023. I received a picture of the initial EKG,
along with the second EKG.  I felt it was probable inmate
Lilly was having a cardiac event due to the ST elevation
still present in the second EKG.  I immediately forwarded
the picture to Dr. Wells on his cell phone.  I forwarded the
EKG to Dr. Wells so he can make the determination to send
inmate Lilly to the hospital. It is policy when Dr. Wells is
available, that he be the determining factor if an inmate is
to be sent to the hospital.  Dr. Wells was available on the
night in question."

**REPORT OF INVESTIGATION**

| | | |
|---|---|---|
| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa
4.  10/06/2014       ( Monday )

**7.3**  ROBERTS' written statement continued:

"On the day in question, October 6, 2014 at approximately
1830, the nurses asked me to look at an Electrocardiogram
(EKG) on an inmate in booking.  The nurses told me she had
been tased at court earlier in the day and was still being
uncooperative with guards and medical staff.  The EKG that
was presented to me was an abnormal EKG.  When I questioned
the conditions of the inmate and situation during the EKG, I
was told by the nurses that Inmate Lilly was being
uncooperative, talking, moving, and breathing hard during
the EKG.  The nurses stated that the inmate was complaining
of intermittent chest pain and arm pain.  I was not informed
by the nurses she was showing signs/symptoms of a heart
attack; no diaphoresis, no nausea/vomiting, no elevated
vital signs.  The EKG showed movement in the leads and a
possible ST elevation, but I wanted it repeated to be sure
before sending it to Dr. Wells since movement, talking, etc.
during an EKG can produce a false reading in an EKG. I asked
that the EKG be repeated when the inmate was able to be more
cooperative and calm for a more accurate reading.  I left
work."

**7.4**  ROBERTS' written statement continued:

"At approximately 2004 nurse Kim Riendfliesch, LVN phoned me
on my cell phone stating that the second EKG was complete.
I asked Nurse Riendfliesch to take the 2 EKGs to Lieutenant.
Ward so he could take a picture of the 2 EKGs and send them
to my phone via text message. At approximately 2007 I then
phoned Lieutenant. Ward explaining what I had asked Nurse
Riendfliesch to do and he agreed to send the picture(s) to
my cell phone."

"At approximately 2009, I then phoned Dr. John Wells and
explained what was going on at the jail with Inmate Iretha

*DPS SENSITIVE*

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa
4.  10/06/2014      ( Monday )

**7.3** ROBERTS' written statement continued:

"On the day in question, October 6, 2014 at approximately
1830, the nurses asked me to look at an Electrocardiogram
(EKG) on an inmate in booking.  The nurses told me she had
been tased at court earlier in the day and was still being
uncooperative with guards and medical staff.  The EKG that
was presented to me was an abnormal EKG.  When I questioned
the conditions of the inmate and situation during the EKG, I
was told by the nurses that Inmate Lilly was being
uncooperative, talking, moving, and breathing hard during
the EKG.  The nurses stated that the inmate was complaining
of intermittent chest pain and arm pain.  I was not informed
by the nurses she was showing signs/symptoms of a heart
attack; no diaphoresis, no nausea/vomiting, no elevated
vital signs.  The EKG showed movement in the leads and a
possible ST elevation, but I wanted it repeated to be sure
before sending it to Dr. Wells since movement, talking, etc.
during an EKG can produce a false reading in an EKG. I asked
that the EKG be repeated when the inmate was able to be more
cooperative and calm for a more accurate reading.  I left
work."

**7.4** ROBERTS' written statement continued:

"At approximately 2004 nurse Kim Riendfliesch, LVN phoned me
on my cell phone stating that the second EKG was complete.
I asked Nurse Riendfliesch to take the 2 EKGs to Lieutenant.
Ward so he could take a picture of the 2 EKGs and send them
to my phone via text message. At approximately 2007 I then
phoned Lieutenant. Ward explaining what I had asked Nurse
Riendfliesch to do and he agreed to send the picture(s) to
my cell phone."

"At approximately 2009, I then phoned Dr. John Wells and
explained what was going on at the jail with Inmate Iretha

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa
4.  10/06/2014      ( Monday )

**7.3**  ROBERTS' written statement continued:

"On the day in question, October 6, 2014 at approximately
1830, the nurses asked me to look at an Electrocardiogram
(EKG) on an inmate in booking.  The nurses told me she had
been tased at court earlier in the day and was still being
uncooperative with guards and medical staff.  The EKG that
was presented to me was an abnormal EKG.  When I questioned
the conditions of the inmate and situation during the EKG, I
was told by the nurses that Inmate Lilly was being
uncooperative, talking, moving, and breathing hard during
the EKG.  The nurses stated that the inmate was complaining
of intermittent chest pain and arm pain.  I was not informed
by the nurses she was showing signs/symptoms of a heart
attack; no diaphoresis, no nausea/vomiting, no elevated
vital signs.  The EKG showed movement in the leads and a
possible ST elevation, but I wanted it repeated to be sure
before sending it to Dr. Wells since movement, talking, etc.
during an EKG can produce a false reading in an EKG. I asked
that the EKG be repeated when the inmate was able to be more
cooperative and calm for a more accurate reading.  I left
work."

**7.4**  ROBERTS' written statement continued:

"At approximately 2004 nurse Kim Riendfliesch, LVN phoned me
on my cell phone stating that the second EKG was complete.
I asked Nurse Riendfliesch to take the 2 EKGs to Lieutenant.
Ward so he could take a picture of the 2 EKGs and send them
to my phone via text message. At approximately 2007 I then
phoned Lieutenant. Ward explaining what I had asked Nurse
Riendfliesch to do and he agreed to send the picture(s) to
my cell phone."

"At approximately 2009, I then phoned Dr. John Wells and
explained what was going on at the jail with Inmate Iretha

*DPS SENSITIVE*

REPORT OF INVESTIGATION

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  **QUESTIONABLE DEATH Custodial Death**
2.  **MCLENNAN COUNTY,  WACO, TX, US**
3.  **IRETHA JEAN LILLY,  B/F, 05/24/1977  37 yoa**
4.  **10/06/2014      ( Monday )**

Lilly (complaining of chest pain) and that I was awaiting
EKG pictures to be sent and I would forward the pictures to
him as soon as I received them."

7.5  ROBERTS' written statement continued:

"At approximately 2012, I phoned the jail and spoke with
Nurse Kim Riendfliesch.  Nurse Riendfliesch told me the
second EKG looked similar to the first EKG.  I made a
decision to have inmate Lilly medicated before receiving and
reviewing the second EKG.  Due to the previous complaints of
chest and arm pain, and then being told the second EKG
looked similar to the first one, I verbally ordered Nurse
Riendfliesch to give inmate Lilly 324mg Aspirin, chewable,
and a 0.4 Nitroglycerin sublingual (SL) and recheck her in 5
minutes; expressed the importance of inmate having a good
blood pressure prior to getting the Nitroglycerin, because
it could lower her blood pressure.  Nurse Riendfliesch
stated that the inmate was going to be housed, and I told
Nurse Riendfliesch to move the inmate to the Medical
Department so she could be more closely monitored until this
issue was resolved."

7.6  ROBERTS' written statement continued:

"I received the EKG picture(s) from Lieutenant. Ward at
approximately 2023. I received a picture of the initial EKG,
along with the second EKG.  I felt it was probable inmate
Lilly was having a cardiac event due to the ST elevation
still present in the second EKG.  I immediately forwarded
the picture to Dr. Wells on his cell phone.  I forwarded the
EKG to Dr. Wells so he can make the determination to send
inmate Lilly to the hospital. It is policy when Dr. Wells is
available, that he be the determining factor if an inmate is
to be sent to the hospital.  Dr. Wells was available on the
night in question."

03/17/2017 2:09:11 PM

**REPORT OF INVESTIGATION**

| | | |
|---|---|---|
| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa
4.  10/06/2014       ( Monday )

Lilly (complaining of chest pain) and that I was awaiting
EKG pictures to be sent and I would forward the pictures to
him as soon as I received them."

**7.5**  ROBERTS' written statement continued:

"At approximately 2012, I phoned the jail and spoke with
Nurse Kim Riendfliesch.  Nurse Riendfliesch told me the
second EKG looked similar to the first EKG.  I made a
decision to have inmate Lilly medicated before receiving and
reviewing the second EKG.  Due to the previous complaints of
chest and arm pain, and then being told the second EKG
looked similar to the first one, I verbally ordered Nurse
Riendfliesch to give inmate Lilly 324mg Aspirin, chewable,
and a 0.4 Nitroglycerin sublingual (SL) and recheck her in 5
minutes; expressed the importance of inmate having a good
blood pressure prior to getting the Nitroglycerin, because
it could lower her blood pressure.  Nurse Riendfliesch
stated that the inmate was going to be housed, and I told
Nurse Riendfliesch to move the inmate to the Medical
Department so she could be more closely monitored until this
issue was resolved."

**7.6**  ROBERTS' written statement continued:

"I received the EKG picture(s) from Lieutenant. Ward at
approximately 2023. I received a picture of the initial EKG,
along with the second EKG.  I felt it was probable inmate
Lilly was having a cardiac event due to the ST elevation
still present in the second EKG.  I immediately forwarded
the picture to Dr. Wells on his cell phone.  I forwarded the
EKG to Dr. Wells so he can make the determination to send
inmate Lilly to the hospital. It is policy when Dr. Wells is
available, that he be the determining factor if an inmate is
to be sent to the hospital.  Dr. Wells was available on the
night in question."

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1. **QUESTIONABLE DEATH Custodial Death**
2. **MCLENNAN COUNTY,  WACO, TX, US**
3. **IRETHA JEAN LILLY,  B/F, 05/24/1977  37 yoa**
4. **10/06/2014        ( Monday )**

Lilly (complaining of chest pain) and that I was awaiting
EKG pictures to be sent and I would forward the pictures to
him as soon as I received them."

7.5   ROBERTS' written statement continued:

"At approximately 2012, I phoned the jail and spoke with
Nurse Kim Riendfliesch.  Nurse Riendfliesch told me the
second EKG looked similar to the first EKG.  I made a
decision to have inmate Lilly medicated before receiving and
reviewing the second EKG.  Due to the previous complaints of
chest and arm pain, and then being told the second EKG
looked similar to the first one, I verbally ordered Nurse
Riendfliesch to give inmate Lilly 324mg Aspirin, chewable,
and a 0.4 Nitroglycerin sublingual (SL) and recheck her in 5
minutes; expressed the importance of inmate having a good
blood pressure prior to getting the Nitroglycerin, because
it could lower her blood pressure.  Nurse Riendfliesch
stated that the inmate was going to be housed, and I told
Nurse Riendfliesch to move the inmate to the Medical
Department so she could be more closely monitored until this
issue was resolved."

7.6   ROBERTS' written statement continued:

"I received the EKG picture(s) from Lieutenant. Ward at
approximately 2023. I received a picture of the initial EKG,
along with the second EKG.  I felt it was probable inmate
Lilly was having a cardiac event due to the ST elevation
still present in the second EKG.  I immediately forwarded
the picture to Dr. Wells on his cell phone.  I forwarded the
EKG to Dr. Wells so he can make the determination to send
inmate Lilly to the hospital. It is policy when Dr. Wells is
available, that he be the determining factor if an inmate is
to be sent to the hospital.  Dr. Wells was available on the
night in question."

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY,  B/F, 05/24/1977  37 yoa
4.  10/06/2014       ( Monday )

"I felt that Dr. Wells would have phoned me when he received the pictures, when he had not phoned I phoned him at approximately 2036. I phoned Dr. Wells to ensure that he had gotten the text with the EKG pictures, and he said he was going to check.  I informed him at that time I had given the order to administer Aspirin and Nitro."

7.7  ROBERTS' written statement continued:

"At approximately 2039 I received a call from Dr. Wells stating that he had received the text with the pictures.  We discussed that the ST elevations were still present in the second EKG, but the ST elevation was more pronounced.  Dr. Wells told me he was going to phone the jail and speak with the nurses himself.  I informed Dr. Wells that I had been speaking with Nurse Riendfliesch, which was in Intake and made sure he knew that phone extension.  I assumed when Dr. Wells told me he was going to call the jail himself that he was going to order inmate Lilly be taken to the hospital.  I assumed this because I felt inmate Lilly was having a cardiac event and needed to go to the hospital for further evaluation."

7.8  ROBERTS' written statement continued:

"I had not heard from anyone (Dr. Wells or the nurses) in a while; I phoned the jail at approximately 2126 to see what Dr. Wells had told the staff and to see what was happening with inmate Lilly.  Nurse Shelia Smith answered the phone stating they were in the middle of an emergency and she would need to call me back.  When we hung up I assumed the emergency was involving Inmate Iretha Lilly."

"At approximately 2134 Nurse Smith phoned me back stating that inmate Lilly was found unresponsive in the medical cell and they had call EMS and she was currently in route to the Hospital."

REPORT OF INVESTIGATION

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY,  B/F, 05/24/1977  37 yoa
4.  10/06/2014      ( Monday )

"I felt that Dr. Wells would have phoned me when he received the pictures, when he had not phoned I phoned him at approximately 2036. I phoned Dr. Wells to ensure that he had gotten the text with the EKG pictures, and he said he was going to check.  I informed him at that time I had given the order to administer Aspirin and Nitro."

**7.7**  ROBERTS' written statement continued:

"At approximately 2039 I received a call from Dr. Wells stating that he had received the text with the pictures.  We discussed that the ST elevations were still present in the second EKG, but the ST elevation was more pronounced.  Dr. Wells told me he was going to phone the jail and speak with the nurses himself.  I informed Dr. Wells that I had been speaking with Nurse Riendfliesch, which was in Intake and made sure he knew that phone extension.  I assumed when Dr. Wells told me he was going to call the jail himself that he was going to order inmate Lilly be taken to the hospital.  I assumed this because I felt inmate Lilly was having a cardiac event and needed to go to the hospital for further evaluation."

**7.8**  ROBERTS' written statement continued:

"I had not heard from anyone (Dr. Wells or the nurses) in a while; I phoned the jail at approximately 2126 to see what Dr. Wells had told the staff and to see what was happening with inmate Lilly.  Nurse Shelia Smith answered the phone stating they were in the middle of an emergency and she would need to call me back.  When we hung up I assumed the emergency was involving Inmate Iretha Lilly."

"At approximately 2134 Nurse Smith phoned me back stating that inmate Lilly was found unresponsive in the medical cell and they had call EMS and she was currently in route to the Hospital."

*DPS SENSITIVE*

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa
4.  10/06/2014       ( Monday )

"I felt that Dr. Wells would have phoned me when he received
the pictures, when he had not phoned I phoned him at
approximately 2036. I phoned Dr. Wells to ensure that he had
gotten the text with the EKG pictures, and he said he was
going to check.  I informed him at that time I had given the
order to administer Aspirin and Nitro."

7.7   ROBERTS' written statement continued:

"At approximately 2039 I received a call from Dr. Wells
stating that he had received the text with the pictures.  We
discussed that the ST elevations were still present in the
second EKG, but the ST elevation was more pronounced.  Dr.
Wells told me he was going to phone the jail and speak with
the nurses himself.  I informed Dr. Wells that I had been
speaking with Nurse Riendfliesch, which was in Intake and
made sure he knew that phone extension.  I assumed when Dr.
Wells told me he was going to call the jail himself that he
was going to order inmate Lilly be taken to the hospital.  I
assumed this because I felt inmate Lilly was having a
cardiac event and needed to go to the hospital for further
evaluation."

7.8   ROBERTS' written statement continued:

"I had not heard from anyone (Dr. Wells or the nurses) in a
while; I phoned the jail at approximately 2126 to see what
Dr. Wells had told the staff and to see what was happening
with inmate Lilly.  Nurse Shelia Smith answered the phone
stating they were in the middle of an emergency and she
would need to call me back.  When we hung up I assumed the
emergency was involving Inmate Iretha Lilly."

"At approximately 2134 Nurse Smith phoned me back stating
that inmate Lilly was found unresponsive in the medical cell
and they had call EMS and she was currently in route to the
Hospital."

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death

2.  MCLENNAN COUNTY,  WACO, TX, US

3.  IRETHA JEAN LILLY,  B/F, 05/24/1977  37 yoa

4.  10/06/2014      ( Monday )

with the inmate so I assisted in taking her into the change
out room.  Assisting officers and I had the inmate sit down
in a shower chair in the change out room.  The inmate
continued to cry and moan loudly.  Assisting officers and I
assisted the inmate in removing her clothing.  While
undressing the inmate she yelled that she just wanted to
die.  Due to the inmates statement she was placed in a
suicide prevention suit.  The inmate was then assisted to
holdover 152.  A while later I was asked by Officer Harrison
to help him get the inmate checked out by the nurse.  I
stepped out and went to HO152.  I entered the cell and the
inmate was lying on the floor.  I told the inmate that I
need her to get up so that the nurse could check her out.
The inmate stood up and she walked on her own as I escorted
her into the medical intake room.  While the nurse was
checking the inmate's vitals an officer needing assistance
in A wing came over the radio.  I then responded to that
call."

**7.18**  TIPPIE's written statement concluded:

"When I returned back to the booking desk the nurse stated
that the above inmate needed to go to medical to get an EKG
done.  I was told by Sergeant Wollard to take the inmate to
medical.  The inmate was cuffed in the front then I wheeled
the inmate to medical in a wheel chair.  When I arrived at
medical the inmate was assisted onto the table by nurses.
While the nurses were hooking up the EKG they told the
inmate that she needed to calm down and stay still so that
they could get a good read.  The inmate had been upset and
was breathing hard.  After the EKG the nurses took the
reading to DON Roberts.  I was told by the nurse that it
would be good for the inmate to walk back.  I then escorted
the inmate back to booking.  The inmate walked at a slow
steady pace and said that her chest just hurt.  I asked the
inmate if she suffered from anxiety and she told me yes.  I
then asked her why she was in jail and she said she was

*DPS SENSITIVE*

REPORT OF INVESTIGATION

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  **QUESTIONABLE DEATH Custodial Death**
2.  **MCLENNAN COUNTY,  WACO, TX, US**
3.  **IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa**
4.  **10/06/2014        ( Monday )**

innocent.  She said she does smoke weed but doesn't do
meth.  She said that someone gave her a pain pill.  I didn't
inquire as to who she was talking about.  I then placed the
inmate back into HO152 with no further action taken."

End of statement.

7.19   Ranger PENA received a copy of a McLennan County Jail
Incident/Medical Report completed by TIPPIE on 10/06/2014.
For completed details of this report refer to Exhibit 7.8.

7.20   Ranger PENA met with VANDYKE where he provided a written
statement on a Sworn Affidavit (Exhibit 7.9).  VANDYKE's
verbatim statement is as follows:

"My name is Tommy Dale VanDyke.  I am of sound mind, and 65
years of age, and competent to give this affidavit."

"I am a Corporal with the McLennan County Jail and have been
employed in the jail for over twenty two years. Monday,
October 6, 2014, I was working from 7:00 a.m. to 7:00 p.m.
and was assigned to the booking area. At approximately 1130
I observed Iretha Lilly walking on her own and being
escorted to the property window by Officer Tippie, Cpl.
Graefser and Cpl. Gordon. Ms. Lilly was crying and appeared
to be very distraught. After finishing at the property
window she was taken into the medical intake room to see the
nurse. While there Ms. Lilly reportedly made statements of
wanting to die. She was then escorted to the shower room and
changed into a suicide prevention suit. After leaving the
shower room she was placed in Holdover cell 154 where a
fifteen minute suicide watch was started."

7.21   VANDYKE's written statement concluded:

"Around 3:20 p.m. Lilly was taken to the medical intake room
to finish the jail intake process. She was crying

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1. **QUESTIONABLE DEATH Custodial Death**
2. **MCLENNAN COUNTY,  WACO, TX, US**
3. **IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa**
4. **10/06/2014      ( Monday )**

uncontrollably while being examined.  Nurse Outley talked
with Ms. Lilly and was able to get her to calm down and
regain her composure. At that time Ms. Lilly was allowed to
use the telephone. She completed her call and was returned
to cell 154 where she was continued under the observation."

"At approximately 5:10 p.m. I observed Officer Harrison
escorting Ms. Lilly to the nurse once more. I went to the
intake room and saw Nurse Outley taking vital signs on Ms.
Lilly. Ms. Lilly was crying and appeared to be
hyperventilating. Nurse Outley instructed Ms. Lilly to
breathe into a paper bag to try and slow her breathing. This
seemed to help."

"Nurse Outley said that Ms. Lilly's blood pressure and pulse
rate were a little high. Ms. Lilly said that she was having
some pain in her left arm and chest. Nurse Outley decided to
send Ms. Lilly to Medical for an EKG. She was taken to
Medical by wheelchair. I later saw her walking back on her
own from medical with Officer Tippie. She was returned to
cell 154 and remained there under observation, until the end
of our shift."

End of statement.

7.22   Ranger PENA received a copy of a McLennan County Jail
       Incident/Medical Report completed by VANDYKE on 10/06/2014.
       For completed details of this report refer to Exhibit 7.10.

7.23   This investigation will continue.

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1. **QUESTIONABLE DEATH Custodial Death**
2. **MCLENNAN COUNTY,  WACO, TX, US**
3. **IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa**
4. **10/06/2014       ( Monday )**

innocent.  She said she does smoke weed but doesn't do
meth.  She said that someone gave her a pain pill.  I didn't
inquire as to who she was talking about.  I then placed the
inmate back into HO152 with no further action taken."

End of statement.

7.19    Ranger PENA received a copy of a McLennan County Jail
Incident/Medical Report completed by TIPPIE on 10/06/2014.
For completed details of this report refer to Exhibit 7.8.

7.20    Ranger PENA met with VANDYKE where he provided a written
statement on a Sworn Affidavit (Exhibit 7.9).  VANDYKE's
verbatim statement is as follows:

"My name is Tommy Dale VanDyke.  I am of sound mind, and 65
years of age, and competent to give this affidavit."

"I am a Corporal with the McLennan County Jail and have been
employed in the jail for over twenty two years. Monday,
October 6, 2014, I was working from 7:00 a.m. to 7:00 p.m.
and was assigned to the booking area. At approximately 1130
I observed Iretha Lilly walking on her own and being
escorted to the property window by Officer Tippie, Cpl.
Graefser and Cpl. Gordon. Ms. Lilly was crying and appeared
to be very distraught. After finishing at the property
window she was taken into the medical intake room to see the
nurse. While there Ms. Lilly reportedly made statements of
wanting to die. She was then escorted to the shower room and
changed into a suicide prevention suit. After leaving the
shower room she was placed in Holdover cell 154 where a
fifteen minute suicide watch was started."

7.21    VANDYKE's written statement concluded:

"Around 3:20 p.m. Lilly was taken to the medical intake room
to finish the jail intake process. She was crying

**REPORT OF INVESTIGATION**

| | | | |
|---|---|---|---|
| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED | |
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER 10773 | |

1. **QUESTIONABLE DEATH** Custodial Death
2. **MCLENNAN COUNTY, WACO, TX, US**
3. **IRETHA JEAN LILLY, B/F, 05/24/1977  37 yoa**
4. **10/06/2014    ( Monday )**

uncontrollably while being examined.  Nurse Outley talked with Ms. Lilly and was able to get her to calm down and regain her composure. At that time Ms. Lilly was allowed to use the telephone. She completed her call and was returned to cell 154 where she was continued under the observation."

"At approximately 5:10 p.m. I observed Officer Harrison escorting Ms. Lilly to the nurse once more. I went to the intake room and saw Nurse Outley taking vital signs on Ms. Lilly. Ms. Lilly was crying and appeared to be hyperventilating. Nurse Outley instructed Ms. Lilly to breathe into a paper bag to try and slow her breathing. This seemed to help."

"Nurse Outley said that Ms. Lilly's blood pressure and pulse rate were a little high. Ms. Lilly said that she was having some pain in her left arm and chest. Nurse Outley decided to send Ms. Lilly to Medical for an EKG. She was taken to Medical by wheelchair. I later saw her walking back on her own from medical with Officer Tippie. She was returned to cell 154 and remained there under observation, until the end of our shift."

End of statement.

7.22  Ranger PENA received a copy of a McLennan County Jail Incident/Medical Report completed by VANDYKE on 10/06/2014. For completed details of this report refer to Exhibit 7.10.

7.23  This investigation will continue.

## TEXAS DEPARTMENT OF PUBLIC SAFETY
## TEXAS RANGER DIVISION

**REPORT OF INVESTIGATION**

Page 1 of  12

> THIS REPORT IS THE PROPERTY OF TEXAS DPS-TEXAS RANGER DIVISION. NEITHER IT NOR ITS CONTENTS
> MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

1.  **QUESTIONABLE DEATH Custodial Death**
2.  **MCLENNAN COUNTY,  WACO, TX, US**
3.  **IRETHA JEAN LILLY, B/F, 05/24/1977  37 yoa**
4.  **10/06/2014      ( Monday )**

| | | |
|---|---|---|
| **REPORT OWNER:  PATRICK PENA, RANGER  10773 , WACO** | **FILE STATUS:** | **CLOSED** |
| **DIVISION:      RF-2014-00335** | **TYPE:** | **CRIMINAL** |
| **RANGER:      CA10773141009085506F** | | |

### SYNOPSIS:

10.   **01/05/2015 Report Writer: PATRICK PENA, RANGER 10773, WACO**
      **01/12/2015 Approved by: 10382 JAMIE DOWNS, LIEUTENANT**

On 10/24/2014, Texas Ranger Patrick PENA obtained written statements from Wendy Denise GORDON, Paula Lavoy ALLEN and Thomas Anthony WARD.

### DETAILS:

10.1   On 10/24/2014, Texas Ranger Patrick PENA traveled to the McLennan County Jail located at 3201 East Highway 6, Waco, Texas.  Ranger PENA obtained a written statement from Wendy Denise GORDON.

**10.2**   Ranger PENA met with GORDON where she provided a written statement on a Sworn Affidavit (Exhibit 10.1).  GORDON's verbatim statement is as follows:

"My name is Wendy Denise Gordon.  I am of sound mind, and 41 years of age, and competent to give this affidavit."

"I am a Corporal at the McLennan County jail, and have been employed at the Sheriffs Office for approximately 11 years. On October 6, 2014, I was assigned to work in A wing. That morning sometime I received a call from booking to come and assist with an uncooperative female. Upon arrival myself, Cpl Graesfer and Officer Tippie stepped out into the Sally Port. Deputies Anderson and Suasa had transported the inmate

03/17/2017 2:10:15 PM

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  **QUESTIONABLE DEATH Custodial Death**
2.  **MCLENNAN COUNTY,  WACO, TX, US**
3.  **IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa**
4.  **10/06/2014       ( Monday )**

from the courthouse and assisted us in removing her from the
vehicle. Inmate Lilly was crying and complaining about pain
and numbness in her leg, but she was able to walk on her
own, just slow.  She was searched and escorted to the
medical intake room to be evaluated by the Nurse. I was
informed by the Deputies that inmate Lilly had been tased at
the courthouse after resisting arrest. After being cleared
by the Nurse, Lilly was escorted into the shower room to be
dressed out. Nurse Outley asked for a urine specimen which
we were unable to get because Lilly was being
uncooperative.  Inmate Lilly began to make statements that
she wanted to die and kill herself. At that time I retrieved
a suicide prevention suit and Lilly was placed in the suit
and placed in hold over cell 154 on a 15 min. suicide
watch.  Before I ended my shift at 7PM I checked on Lilly
approximately a total of two times.  Each time Lilly I
checked on her Lilly never directly told me about having any
more pain or complaints.  I just remember her being visibly
upset and crying.  I left the jail when my shift ended at
7PM."

End of statement.

10.3  Ranger PENA received a copy of a McLennan County Jail
      Incident/Medical Report completed by GORDON on 10/06/2014.
      For completed details of this report refer to Exhibit 10.2.

10.4  On this same date, Ranger PENA met Paula Lavoy ALLEN and
      Thomas Anthony WARD at the Texas Ranger Office located at
      102 Texas Ranger Trail, Waco, Texas 76706.

10.5  ALLEN provided a written statement on a Sworn Affidavit
      (Exhibit 10.3).  ALLEN's verbatim statement is as follows:

      "My name is Paula Lavoy Allen.  I am of sound mind, and 59
      years of age, and competent to give this affidavit."

03/17/2017 2:10:15 PM

## TEXAS DEPARTMENT OF PUBLIC SAFETY
## TEXAS RANGER DIVISION

**REPORT OF INVESTIGATION**

---

THIS REPORT IS THE PROPERTY OF TEXAS DPS-TEXAS RANGER DIVISION. NEITHER IT NOR ITS CONTENTS
MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

---

1. **QUESTIONABLE DEATH Custodial Death**
2. **MCLENNAN COUNTY,  WACO, TX, US**
3. **IRETHA JEAN LILLY, B/F, 05/24/1977  37 yoa**
4. **10/06/2014       ( Monday )**

---

| | | |
|---|---|---|
| **REPORT OWNER:  PATRICK PENA, RANGER  10773 , WACO** | **FILE STATUS:** | **CLOSED** |
| **DIVISION:**        **RF-2014-00335** | **TYPE:** | **CRIMINAL** |
| **RANGER:**        **CA10773141009085506F** | | |

---

**SYNOPSIS:**

10. **01/05/2015 Report Writer: PATRICK PENA, RANGER 10773, WACO**
    **01/12/2015 Approved by: 10382 JAMIE DOWNS, LIEUTENANT**
    On 10/24/2014, Texas Ranger Patrick PENA obtained written
    statements from Wendy Denise GORDON, Paula Lavoy ALLEN and
    Thomas Anthony WARD.

**DETAILS:**

10.1　On 10/24/2014, Texas Ranger Patrick PENA traveled to the
    McLennan County Jail located at 3201 East Highway 6, Waco,
    Texas.  Ranger PENA obtained a written statement from Wendy
    Denise GORDON.

**10.2**　Ranger PENA met with GORDON where she provided a written
    statement on a Sworn Affidavit (Exhibit 10.1).  GORDON's
    verbatim statement is as follows:

    "My name is Wendy Denise Gordon.  I am of sound mind, and 41
    years of age, and competent to give this affidavit."

    "I am a Corporal at the McLennan County jail, and have been
    employed at the Sheriffs Office for approximately 11 years.
    On October 6, 2014, I was assigned to work in A wing. That
    morning sometime I received a call from booking to come and
    assist with an uncooperative female. Upon arrival myself,
    Cpl Graesfer and Officer Tippie stepped out into the Sally
    Port. Deputies Anderson and Suasa had transported the inmate

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY,  B/F, 05/24/1977  37 yoa
4.  10/06/2014      ( Monday )

from the courthouse and assisted us in removing her from the
vehicle. Inmate Lilly was crying and complaining about pain
and numbness in her leg, but she was able to walk on her
own, just slow.  She was searched and escorted to the
medical intake room to be evaluated by the Nurse. I was
informed by the Deputies that inmate Lilly had been tased at
the courthouse after resisting arrest. After being cleared
by the Nurse, Lilly was escorted into the shower room to be
dressed out. Nurse Outley asked for a urine specimen which
we were unable to get because Lilly was being
uncooperative.  Inmate Lilly began to make statements that
she wanted to die and kill herself. At that time I retrieved
a suicide prevention suit and Lilly was placed in the suit
and placed in hold over cell 154 on a 15 min. suicide
watch.  Before I ended my shift at 7PM I checked on Lilly
approximately a total of two times.  Each time Lilly I
checked on her Lilly never directly told me about having any
more pain or complaints.  I just remember her being visibly
upset and crying.  I left the jail when my shift ended at
7PM."

End of statement.

10.3  Ranger PENA received a copy of a McLennan County Jail
      Incident/Medical Report completed by GORDON on 10/06/2014.
      For completed details of this report refer to Exhibit 10.2.

10.4  On this same date, Ranger PENA met Paula Lavoy ALLEN and
      Thomas Anthony WARD at the Texas Ranger Office located at
      102 Texas Ranger Trail, Waco, Texas 76706.

10.5  ALLEN provided a written statement on a Sworn Affidavit
      (Exhibit 10.3).  ALLEN's verbatim statement is as follows:

      "My name is Paula Lavoy Allen.  I am of sound mind, and 59
      years of age, and competent to give this affidavit."

03/17/2017 2:10:15 PM

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa
4.  10/06/2014      ( Monday )

take down Iretha Lilly for her not cooperating.  At this
time I no longer had a view of what was happening because my
view was blocked by the partition wall.  I heard Lilly get
tased for sure two times while they were trying to put her
in custody.  During this incident I heard Lilly yell, "My
Chest Hurts".  When they finally had her in handcuffs I saw
Lilly walking.  As Lilly was walking I heard her say
something like, "My leg is hurting."  The last time I saw
Lilly was when she was being escorted out of the courtroom
by deputies."

End of statement.

**11.3**   On this same date, Ranger PENA traveled to the McLennan
County Courthouse located at 501 Washington Avenue, Waco,
Texas.  Ranger PENA obtained a written statement from Marci
Diane SUASA.

**11.4**   `SUASA` provided a written statement on a Sworn Affidavit
(Exhibit 11.2).  SUASA's verbatim statement is as follows:

"My name is Marci Diane Suasa.  I am of sound mind, and 35
years of age, and competent to give this affidavit."

"I am a deputy with the McLennan County Sheriff's Office and
have been employed with this agency since February 2002.  I
am currently assigned at the McLennan County Courthouse.  On
October 06, 2014 at approximately 1030am deputy Hutyra #177
radioed that he had a female in custody and that she needed
to be transported immediately.  At this time I was working
the metal detector and radioed to be relieved so that I
could assist deputy Hutrya.  When I arrived to help, Deputy
James #176 and deputy Hutrya #177 already had Iretha Lilly,
DOB 05-24-1977, behind the 54th District Court holding cells
and were assisting Lilly to the elevator. I was notified
that she was remanded into custody in 19th District Court by
Judge Strother for failing a urinalysis test.  Lilly tested
03/17/2017 2:10:41 PM

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa
4.  10/06/2014      ( Monday )

positive for at least meth and marijuana.  Upon being
remanded she became uncooperative and had to be drive-
stunned in order to be handcuffed.  At this time Lilly was
cuffed behind her back and she was visibly upset.  Lilly was
crying as Hutyra and James assisted her in walking.  Once in
the elevator Lilly complained her leg hurt and that all she
wanted to do was lay down."

**11.5**  SUASA's written statement concluded:

"Once we all exited the elevator, Deputy Hutyra was able to
get Lilly to calm down just enough to uncuff her hands in
the back and cuffed her hands in the front.  Deputy Anderson
#184 was already waiting in the sally port of CEC Jack
Harwell building.  At this time Lilly was helped in the back
of the patrol car, which is caged.  I, along with Deputy
Anderson transported Lilly to the HWY 6 jail.  Deputy
Anderson drove and I sat in the front passenger seat.
During transport I notified the jail that we were enroute
with a female who had been drive stunned in court and she
was still very upset.  Once in the hwy 6 sally port we were
met by several jailers and I along with another jailer
assisted Lilly out of the patrol car were she walked on her
own as we escorted her to the holding cells and was searched
by the jailers.  Once she was inside the jail she was
immediately taken to the nurses' station, located in the
booking area, to have her vitals taken.  As she was in the
nurses' station I asked Lilly if she was taking any
medications with the drugs she had tested positive for.
Lilly explained that she was taking Seroquel and another
medication.  When I asked Lilly why she was taking these
meds, she responded "psychosis".  I then asked her who was
she diagnosed through and she never responded.  At this time
Lilly was left to the custody of the jailers and because of
her suicidal comments she was placed in a suicide prevention
suit and placed on a suicide watch.  I filled out an
warrantless affidavit on Lilly, charging her with resting

03/17/2017 2:10:41 PM

*DPS SENSITIVE*

REPORT OF INVESTIGATION

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1. **QUESTIONABLE DEATH Custodial Death**
2. **MCLENNAN COUNTY,  WACO, TX, US**
3. **IRETHA JEAN LILLY,  B/F, 05/24/1977  37 yoa**
4. **10/06/2014       ( Monday )**

finished.  Ranger PENA played the second cassette tape and discovered it was not the correct tape.  The second tape contained another individual's court proceedings from that same day.

13.3  Ranger PENA made contact with MCDANIEL and advised her of the second tape.  MCDANIEL stated she must have accidentally sent me the wrong cassette tape.  MCDANIEL advised Ranger PENA she had a backup recording of LILLY's court proceedings.  This recording was digital and was stored on her laptop.  MCDANIEL advised Ranger PENA she would provide a copy of the digital recording at a later date.

13.4  On 11/06/2014, Ranger PENA met with Shelia Jane SMITH at the Texas Ranger Office located at 102 Texas Ranger Trail, Waco, Texas 76706.

13.5  SMITH provided a written statement on a Sworn Affidavit (Exhibit 13.2).  SMITH's verbatim statement is as follows:

"My name is Sheila Jane Smith.  I am of sound mind, and 60 years of age, and competent to give this affidavit."

"I AM A LICENSE VOCATIONAL NURSE (LVN) FOR 40 YEARS AND HAVE WORKED FOR MCLENNAN COUNTY JAIL FOR 5 YEARS. I WAS WORKING AT THE JAIL FROM 7 PM -7 AM ON 10/06/14. DURING OUR BEGINNING OF SHIFT REPORT AT APPROXIMATELY 1900 DESERA ROBERTS, D.ON. REPORTED THAT THERE WAS AN INMATE UP FRONT IN HOLD OVER CELL THAT WAS TASED EARLY IN DAY FROM COURT, EKG WAS ATTEMPTED, BUT INMATE WAS MOVING AND THEY WERE UNABLE TO GET A CLEAR READING. SHE THEN ADVISED TO REPEAT EKG AFTER PILL PASS AND REPORT RESULTS TO HER, I THEN STARTED PILL PASS APPROXIMTELY AT 19:30."

13.6  SMITH's written statement continued:

"I RETURNED FROM PILL PASS AT APPROXIMATEY 21:08 AND WAS MET

03/17/2017 2:12:35 PM

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  **QUESTIONABLE DEATH Custodial Death**
2.  **MCLENNAN COUNTY,  WACO, TX, US**
3.  **IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa**
4.  **10/06/2014      ( Monday )**

finished.  Ranger PENA played the second cassette tape and discovered it was not the correct tape.  The second tape contained another individual's court proceedings from that same day.

13.3   Ranger PENA made contact with MCDANIEL and advised her of the second tape.  MCDANIEL stated she must have accidentally sent me the wrong cassette tape.  MCDANIEL advised Ranger PENA she had a backup recording of LILLY's court proceedings.  This recording was digital and was stored on her laptop.  MCDANIEL advised Ranger PENA she would provide a copy of the digital recording at a later date.

13.4   On 11/06/2014, Ranger PENA met with Shelia Jane SMITH at the Texas Ranger Office located at 102 Texas Ranger Trail, Waco, Texas 76706.

13.5   SMITH provided a written statement on a Sworn Affidavit (Exhibit 13.2).  SMITH's verbatim statement is as follows:

"My name is Sheila Jane Smith.  I am of sound mind, and 60 years of age, and competent to give this affidavit."

"I AM A LICENSE VOCATIONAL NURSE (LVN) FOR 40 YEARS AND HAVE WORKED FOR MCLENNAN COUNTY JAIL FOR 5 YEARS. I WAS WORKING AT THE JAIL FROM 7 PM -7 AM ON 10/06/14. DURING OUR BEGINNING OF SHIFT REPORT AT APPROXIMATELY 1900 DESERA ROBERTS, D.ON. REPORTED THAT THERE WAS AN INMATE UP FRONT IN HOLD OVER CELL THAT WAS TASED EARLY IN DAY FROM COURT, EKG WAS ATTEMPTED, BUT INMATE WAS MOVING AND THEY WERE UNABLE TO GET A CLEAR READING. SHE THEN ADVISED TO REPEAT EKG AFTER PILL PASS AND REPORT RESULTS TO HER, I THEN STARTED PILL PASS APPROXIMTELY AT 19:30."

13.6   SMITH's written statement continued:

"I RETURNED FROM PILL PASS AT APPROXIMATEY 21:08 AND WAS MET

03/17/2017 2:12:35 PM

REPORT OF INVESTIGATION

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa
4.  10/06/2014       ( Monday )

IN HALL BY OFFICER A. WILLIAMS, HE STATED THAT HE WAS UNABLE
TO GET INMATE LILLY, IRETHA TO RESPOND TO HIM. I THEN WENT
TO INMATE'S CELL AND LOOKED INTO HER WINDOW AND FLIP LIGHTS
ON AND OFF AND CALL HER NAME. INMATE WAS LYING ON HER BACK
IN BED WITH HER ARMS ABOVE HER HEAD.  INMATE WAS HALF
COVERED WITH EITHER A SUICIDE BLANKET OR A SUICIDE SUIT HALF
ON HER CHEST AREA.  ONE OF HER BREASTS WAS EXPOSED. INMATE
DIDN'T RESPOND TO VERBAL COMMANDS. I THEN TOLD OFFICER A.
WILLIAMS TO CALL FOR FEMALE JAILERS. OFFICER A. WILLIAMS
STATED THAT HE HAD ALREADY CONTACTED THEM AND THEY WERE IN
ROUTE. IT IS POLICY THAT A FEMALE JAILER ACOMPANY MEDICAL
STAFF ON FEMALE INMATES."

**13.7**  SMITH's written statement continued:

"I THEN RETURNED MY PILL CHART TO OUR MEDICAL TRAUMA ROOM
WHICH WAS LOCATED DIRECTLY ACROSS THE HALLWAY TO GET IT OUT
OF THE WAY. OFFICERS FISHER AND TAYLOR THEN ARRIVED AT INMATE
'S CELL AND WENT DIRECTLY INTO CELL. OFFICER TAYLOR CHECKED
INMATE AND TIRED TO GET A RESPONSE FROM HER.  I SAW EITHER
OFFICER TAYLOR OR FISHER CHECKED INAMTE'S PULSE AND REACTION
TO LIGHT (NO RESPONSE FROM INMATE). I THEN CHECKED INMATE
AND FOUND NO PULSE RATE AND INMATE DIDN'T APPEAR TO BE
BREATHING. I YELLED FOR OFFICERS TO CALL EMS AND CALL ALL
MEDICAL STAFF TO MY LOCATION. NURSE KIM WAS AROUND CORNER
AND MET Medical Examiner AT THE DOOR. SHE THEN GOT THE
EMERGENY BAG THAT HAS THE AED. I PULLED OUT THE AED AND
NURSE KIM PLACED PAD ON ONE SIDE AND NURSE CHRIS PRYOR, WHO
HAD JUST ARRIVED ON SCENE, PLACED THE OTHER PAD ON OTHER
SIDE OF INMATE'S CHEST.  NURSE PRYOR AND NURSE KIM STARTED
CPR AFTER AED STATED NOT TO SHOCK INMATE."

**13.8**  SMITH's written statement concluded:

"I THEN STEPPED OUT TO GET PAPAR WORK IN PLACE FOR EMT.  AS
I WAS GETTING INMATE'S MEDICAL PAPERWORK READY, D.O.N.
ROBERTS CALLED THE MEDICAL TRAUMA ROOM. I ANSWERED AND TOLD

REPORT OF INVESTIGATION

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY,  B/F, 05/24/1977  37 yoa
4.  10/06/2014       ( Monday )

IN HALL BY OFFICER A. WILLIAMS, HE STATED THAT HE WAS UNABLE
TO GET INMATE LILLY, IRETHA TO RESPOND TO HIM. I THEN WENT
TO INMATE'S CELL AND LOOKED INTO HER WINDOW AND FLIP LIGHTS
ON AND OFF AND CALL HER NAME. INMATE WAS LYING ON HER BACK
IN BED WITH HER ARMS ABOVE HER HEAD.  INMATE WAS HALF
COVERED WITH EITHER A SUICIDE BLANKET OR A SUICIDE SUIT HALF
ON HER CHEST AREA.  ONE OF HER BREASTS WAS EXPOSED. INMATE
DIDN'T RESPOND TO VERBAL COMMANDS. I THEN TOLD OFFICER A.
WILLIAMS TO CALL FOR FEMALE JAILERS. OFFICER A. WILLIAMS
STATED THAT HE HAD ALREADY CONTACTED THEM AND THEY WERE IN
ROUTE. IT IS POLICY THAT A FEMALE JAILER ACOMPANY MEDICAL
STAFF ON FEMALE INMATES."

13.7   SMITH's written statement continued:

"I THEN RETURNED MY PILL CHART TO OUR MEDICAL TRAUMA ROOM
WHICH WAS LOCATED DIRECTLY ACROSS THE HALLWAY TO GET IT OUT
OF THE WAY. OFFICERS FISHER AND TAYLOR THEN ARRIVED AT INMATE
'S CELL AND WENT DIRECTLY INTO CELL. OFFICER TAYLOR CHECKED
INMATE AND TIRED TO GET A RESPONSE FROM HER.  I SAW EITHER
OFFICER TAYLOR OR FISHER CHECKED INAMTE'S PULSE AND REACTION
TO LIGHT (NO RESPONSE FROM INMATE). I THEN CHECKED INMATE
AND FOUND NO PULSE RATE AND INMATE DIDN'T APPEAR TO BE
BREATHING. I YELLED FOR OFFICERS TO CALL EMS AND CALL ALL
MEDICAL STAFF TO MY LOCATION. NURSE KIM WAS AROUND CORNER
AND MET Medical Examiner AT THE DOOR. SHE THEN GOT THE
EMERGENY BAG THAT HAS THE AED. I PULLED OUT THE AED AND
NURSE KIM PLACED PAD ON ONE SIDE AND NURSE CHRIS PRYOR, WHO
HAD JUST ARRIVED ON SCENE, PLACED THE OTHER PAD ON OTHER
SIDE OF INMATE'S CHEST.  NURSE PRYOR AND NURSE KIM STARTED
CPR AFTER AED STATED NOT TO SHOCK INMATE."

13.8   SMITH's written statement concluded:

"I THEN STEPPED OUT TO GET PAPAR WORK IN PLACE FOR EMT.  AS
I WAS GETTING INMATE'S MEDICAL PAPERWORK READY, D.O.N.
ROBERTS CALLED THE MEDICAL TRAUMA ROOM. I ANSWERED AND TOLD

03/17/2017 2:12:35 PM

TR-1 (Rev. 02/03)                                   *DPS SENSITIVE*

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY, B/F, 05/24/1977  37 yoa
4.  10/06/2014      ( Monday )

HER WE WERE IN THE MIDDLE OF AN EMERGENCY AND I WOULD CALL
HER BACK.  I BELIEVE NURSE PRYOR STARTED CHEST COMPRESSIONS
AND NURSE KIM STARTED BREATHING WITH AMBU BAG. OXYEN TANK
WAS BROUGHT INTO CELL AND HOOKED UP TO INMATE. EMT THEN WAS
ON SCENE AT APPROXIMATELY 21:31 AND I GAVE THEM PAPER WORK
AND A HISTORY OF MEDICAL INFORMATION THAT WE HAD ON HAND.
EMT THEN TOOK OVER TAKING CARE OF INMATE.  INMATE WAS TAKEN
BY EMT AT APPROXIMATELY 21:49.  I CALLED D.O.N. ROBERTS BACK
AND TOLD HER WHAT HAPPENED AND FOR D.O.N. ROBERTS TO CALL
DR. WELLS AND LET HIM KNOW WE HAD AN INMATE TAKEN TO
EMERGENCY ROOM, BECAUSE IT IS PROCEDURE TO NOT SEND ANY
INMATE OUT OF JAIL WITHOUT DR. WELLS' APPROVAL.  HOWEVER,
DUE TO THE EMERGENCY CIRCUMSTANCES I MADE THE DECISION TO
HAVE EMS CALLED WITHOUT HIS DIRECT APPROVAL AT THE TIME."

End of statement.

13.9   Ranger PENA received a copy of a McLennan County Jail
       Incident/Medical Report completed by SMITH on 10/06/2014.
       For completed details of this report refer to Exhibit 13.3.

13.10  On 11/07/2014, Ranger PENA met with Kimberly Evon
       RIENDLIESCH and Christopher Lloyd PRYOR at the Texas Ranger
       Office located at 102 Texas Ranger Trail, Waco, Texas 76706.

13.11  RIENDFLIESCH provided a written statement on a Sworn
       Affidavit (Exhibit 13.4).  RIENDLIESCH's verbatim statement
       is as follows:

       "My name is Kimberly Evon Riendfliesch.  I am of sound mind,
       and 34 years of age, and competent to give this affidavit."

       "I have been a Licensed Vocational Nurse for two years and
       have worked for the McLennan County Sheriff's Office for one
       year and eleven months. On October 06, 2014 at approximately
       1845, I received report from Nurse Trinecha Outley, LVN.
       Inmate Outley reported that inmate Lilly, Iretha had come to

REPORT OF INVESTIGATION

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa
4.  10/06/2014      ( Monday )

jail from court and had complained of having chest pain.
Nurse Outley had taken the inmates vital signs and performed
an EKG on inmate Lilly prior to me coming in for work. Nurse
Outley stated that inmate Lilly would not slow her breathing
down enough to obtain a good reading for the EKG. It was
then ordered by our Director of Nursing, Desera Roberts to
obtain another EKG as soon as pill pass was over. While the
other nurses were doing pill pass, I, Nurse Riendfliesch,
took inmate Lilly to the medical examination room to
complete the second EKG."

**13.12** RIENDLIESCH's written statement continued:

"Inmate Lilly was sitting on the floor in hold over cell in
booking.  Inmate Lilly was crying and stating she was having
hot flashes.  Inmate Lilly was assisted onto her feet by two
jailers.  Each jailer picked up Inmate Lilly by placing
their hands under her armpits.  Inmate Lilly was transported
via wheel chair by one female officer and Officer Kevin
Willis. Inmate Lilly was placed on the examination table.
It was only me, Inmate Lilly, and a female officer inside
this examination room.  Inmate Lilly stated that her left
arm was hurting, but she made comment it was probably from
the officers assisting her onto her feet in the hold over
cell.  I hooked up the EKG sensors to inmate Lilly and asked
her to slow her breathing down so I could obtain an accurate
EKG reading. Inmate Lilly was able to slow her breathing
down but continued to cry and talk. I took one EKG and saw
that it was the same as the previous EKG that was taken by
the day time shift. I wanted to confirm the EKG reading, so
I decided to conduct another test."

**13.13** RIENDLIESCH's written statement continued:

"I advised inmate Lilly to slow her breathing down and to
not talk during the EKG. She complied with my orders and a
second EKG was obtained with the same reading as the one I

03/17/2017 2:12:35 PM

REPORT OF INVESTIGATION

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa
4.  10/06/2014       ( Monday )

had just conducted. At that time inmate Lilly and the female
officer were left in the medical examination room while I
went to phone our D.O.N. Desera Roberts of the findings. I
told D.O.N. Roberts that the EKG I had just obtained looked
similar to the EKG that was obtained on the day shift.
Being that D.O.N. Roberts was familiar with the EKG obtained
on the day shift, D.O.N. Roberts decided to medicate Inmate
Lilly. I was instructed to give inmate Lilly four tablets of
81mg Aspirin, check Lilly's blood pressure, and if it was
higher than normal to give her 0.4mg of Nitroglycerin. If I
was to have to give inmate Lilly Nitroglycerin, I was to
recheck her blood pressure approximately five minutes
later. At that time inmate Lilly's blood pressure was 138/90 with a
pulse of 88. Inmate Lilly was given 0.4mg of Nitroglycerin
and then taken to MSG 6 cell in medical. Inmate Lilly was
kept on a 15 minute watch."

**13.14** RIENDLIESCH's written statement continued:

"After giving the Nitroglycerin, I, Nurse Kim, took one of
the EKG's to Lieutenant Ward so that he could take a picture
of it and send it to Desera Roberts who would then forward
it to Doctor Wells. Approximately five minutes later I went
back to medical to recheck Lilly's blood pressure. At that
time her blood pressure was within normal limits at 120/83
with a pulse of 99. Inmate Lilly had calmed down since she
was given medication and stated that she wanted to lie down
at that time. Inmate was advised to let the officers know if
she needed anything. At this time, I went back up front to
the medical intake room. At approximately 2045, Dr. Wells
called and asked about inmate Lilly. He was told that she
was resting at that time in medical but that the second EKG
came back similar to the one taken during the day shift
hours. I stated that she had calmed down long enough for me
to obtain a good reading and that I was advised by Desera
Roberts, D.O.N. to given her Aspirin and a Nitroglycerin
tablet."

03/17/2017 2:12:35 PM

REPORT OF INVESTIGATION

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1. **QUESTIONABLE DEATH Custodial Death**
2. **MCLENNAN COUNTY,  WACO, TX, US**
3. **IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa**
4. **10/06/2014        ( Monday )**

**13.15**  RIENDLIESCH's written statement continued:

"At that time he told me to have the nurses call him so they could do a further assessment on inmate Lilly to determine if she needed to go to the hospital and that she could possibly be having a MI (Myocardial Infarction).  During my conversation with Dr. Wells he did not sound alarmed and remained calm.  Dr. Wells did not order that Inmate Lilly be taken to a hospital emergency room.  I am not trained to read EKG's, but when I heard Dr. Wells state Inmate Lilly was possibly having a Myocardial Infarction I was wondering why Dr. Wells was not ordering Inmate Lilly be taken to a hospital emergency room.  At approximately 2100, I received a call from Nurse Shelia Smith, LVN in regards to getting a report on inmate Lilly. Once report was given, Nurse Smith stated that she was just laying there on the bunk in MSG 6 and not responding to verbal commands. At that time, she was waiting for female officers to arrive so they could go in and check on inmate Lilly."

**13.16**  RIENDLIESCH's written statement concluded:

"A very short time later, I heard Officer Johnson call for Nurse Chris Pryor over the radio. I could tell there was urgency in Officer Johnson's voice so I immediately started to head to medical for assistance. Before I could make it to medical, Officer Johnson came over the radio and stated that all medical personnel were needed in medical for a medical emergency. When I arrived in MSG 6, inmate Lilly was laying on her bunk on her back with her arms raised over her head. Nurse Shelia advised me there was no response, no pulse, and no breathing noted at that time from inmate Lilly. At that time I grabbed the AED machine and Nurse Shelia and I started to apply the pads to inmate Lilly's chest. At this time Nurse Pryor came in and assisted Nurse Shelia with one of the AED pads.  Nurse Pryor ran the AED machine in which

03/17/2017 2:12:35 PM

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa
4.  10/06/2014      ( Monday )

**13.15**  RIENDLIESCH's written statement continued:

"At that time he told me to have the nurses call him so they
could do a further assessment on inmate Lilly to determine
if she needed to go to the hospital and that she could
possibly be having a MI (Myocardial Infarction).  During my
conversation with Dr. Wells he did not sound alarmed and
remained calm.  Dr. Wells did not order that Inmate Lilly be
taken to a hospital emergency room.  I am not trained to
read EKG's, but when I heard Dr. Wells state Inmate Lilly
was possibly having a Myocardial Infarction I was wondering
why Dr. Wells was not ordering Inmate Lilly be taken to a
hospital emergency room.  At approximately 2100, I received
a call from Nurse Shelia Smith, LVN in regards to getting a
report on inmate Lilly. Once report was given, Nurse Smith
stated that she was just laying there on the bunk in MSG 6
and not responding to verbal commands. At that time, she was
waiting for female officers to arrive so they could go in
and check on inmate Lilly."

**13.16**  RIENDLIESCH's written statement concluded:

"A very short time later, I heard Officer Johnson call for
Nurse Chris Pryor over the radio. I could tell there was
urgency in Officer Johnson's voice so I immediately started
to head to medical for assistance. Before I could make it to
medical, Officer Johnson came over the radio and stated that
all medical personnel were needed in medical for a medical
emergency. When I arrived in MSG 6, inmate Lilly was laying
on her bunk on her back with her arms raised over her head.
Nurse Shelia advised me there was no response, no pulse, and
no breathing noted at that time from inmate Lilly. At that
time I grabbed the AED machine and Nurse Shelia and I
started to apply the pads to inmate Lilly's chest. At this
time Nurse Pryor came in and assisted Nurse Shelia with one
of the AED pads.  Nurse Pryor ran the AED machine in which

*DPS SENSITIVE*

REPORT OF INVESTIGATION

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1. **QUESTIONABLE DEATH** Custodial Death
2. **MCLENNAN COUNTY,  WACO, TX, US**
3. **IRETHA JEAN LILLY, B/F, 05/24/1977  37 yoa**
4. **10/06/2014      ( Monday )**

it stated that no shock was advised at that time. Nurse
Pryor and I started doing CPR. Nurse Pryor was doing chest
compressions and I was doing the rescue breathing with an
Ambu bag. It was noted that inmate Lilly had gurgling while
doing chest compressions so I took over chest compressions,
Corporal Robinson took over rescue breathing while Nurse
Pryor went to get the suction machine. CPR was performed
until the paramedics arrived. At that time, I stepped out of
their way and only assisted them in holding up an IV bag.
Inmate Lilly was taken by ambulance to Providence Hospital.
At approximately 2245, I received a phone call from Doctor
Wells stating that inmate Lilly had expired."

End of statement.

13.17  Ranger PENA received a copy of a McLennan County Jail
Incident/Medical Report completed by RIENDLIESCH on
10/06/2014.  For completed details of this report refer to
Exhibit 13.5.

13.18  On this same date, PRYOR provided a written statement on a
Sworn Affidavit (Exhibit 13.6).  PRYOR's verbatim statement
is as follows:

"My name is Christopher Lloyd Pryor.  I am of sound mind,
and 37 years of age, and competent to give this affidavit."

"My name is Chris Pryor and I have been a Licensed
Vocational Nurse since 2007. I have worked at the McLennan
County Jail for 2 years. On October 6, 2014 I arrived to the
medical trauma room around 1835 to receive report from the
previous shift. One of the discussions in report was that of
Iretha Lilly. The previous shift had told me that this
inmate had come from the court house and had been put on a
close suicide watch with fifteen minutes checks. The
previous shift reported to me that she complained of chest
pain and was taking to the medical treatment room to be

03/17/2017 2:12:35 PM

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  **QUESTIONABLE DEATH Custodial Death**

2.  **MCLENNAN COUNTY,  WACO, TX, US**

3.  **IRETHA JEAN LILLY, B/F, 05/24/1977  37 yoa**

4.  **10/06/2014      ( Monday )**

it stated that no shock was advised at that time. Nurse
Pryor and I started doing CPR. Nurse Pryor was doing chest
compressions and I was doing the rescue breathing with an
Ambu bag. It was noted that inmate Lilly had gurgling while
doing chest compressions so I took over chest compressions,
Corporal Robinson took over rescue breathing while Nurse
Pryor went to get the suction machine. CPR was performed
until the paramedics arrived. At that time, I stepped out of
their way and only assisted them in holding up an IV bag.
Inmate Lilly was taken by ambulance to Providence Hospital.
At approximately 2245, I received a phone call from Doctor
Wells stating that inmate Lilly had expired."

End of statement.

13.17   Ranger PENA received a copy of a McLennan County Jail
Incident/Medical Report completed by RIENDLIESCH on
10/06/2014.  For completed details of this report refer to
Exhibit 13.5.

13.18   On this same date, PRYOR provided a written statement on a
Sworn Affidavit (Exhibit 13.6).  PRYOR's verbatim statement
is as follows:

"My name is Christopher Lloyd Pryor.  I am of sound mind,
and 37 years of age, and competent to give this affidavit."

"My name is Chris Pryor and I have been a Licensed
Vocational Nurse since 2007. I have worked at the McLennan
County Jail for 2 years. On October 6, 2014 I arrived to the
medical trauma room around 1835 to receive report from the
previous shift. One of the discussions in report was that of
Iretha Lilly. The previous shift had told me that this
inmate had come from the court house and had been put on a
close suicide watch with fifteen minutes checks. The
previous shift reported to me that she complained of chest
pain and was taking to the medical treatment room to be

03/17/2017 2:12:35 PM

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY,  B/F, 05/24/1977  37 yoa
4.  10/06/2014      ( Monday )

further assessed. An Electrocardiogram was done, however the
previous shift says Iretha Lilly was moving and breathing
heavy to where they felt the results may not be accurate.
The previous shift said they reported this to the Director
of Nursing Desera Roberts BSN. The previous shift said that
Director Roberts gave orders to repeat this EKG on my shift
after pill pass."

13.19  PRYOR's written statement continued:

"After report was complete the previous shift left and I
prepared for my pill pass. When I left out of the trauma
medical room with my pill cart I noticed the treatment room
was closed. I assumed that Kim, who was working up front in
the Intake room had brought Iretha Lilly down to attempt the
second EKG. I continued with my pill pass and passed pills
to E wing which takes approximately an hour to complete I
moved across the hall to D wing for pill pass. During the
pill pass I received a call over the radio from Officer
Johnson to come to medical. I told Johnson to stand by I was
doing pill pass. I had a needle in my hand and was in the
process of given the inmate insulin. Officer Johnson
immediately called for Nurse Kim over the radio to come to
medical and then approximately 2 minutes later called me
back over the radio to come to medical. I could tell at that
time this was important and I responded back to Officer
Johnson via radio that I'm in route back to medical."

13.20  PRYOR's written statement concluded:

"I arrived in medical cell 6 at approximately 2120 to find
inmate Lilly lying on the bunk on her back unresponsive. I
assisted Nurse Shelia and Kim in placing the Automated
External Defibrillator (AED) on Iretha Lilly's Chest. I
turned on the AED machine, and the AED advised no shock was
to be given.  CPR was immediately started on Inmate Lilly.
I, Nurse Pryor, started the chest compressions while Nurse

***DPS SENSITIVE***

REPORT OF INVESTIGATION

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa
4.  10/06/2014      ( Monday )

further assessed. An Electrocardiogram was done, however the
previous shift says Iretha Lilly was moving and breathing
heavy to where they felt the results may not be accurate.
The previous shift said they reported this to the Director
of Nursing Desera Roberts BSN. The previous shift said that
Director Roberts gave orders to repeat this EKG on my shift
after pill pass."

13.19   PRYOR's written statement continued:

"After report was complete the previous shift left and I
prepared for my pill pass. When I left out of the trauma
medical room with my pill cart I noticed the treatment room
was closed. I assumed that Kim, who was working up front in
the Intake room had brought Iretha Lilly down to attempt the
second EKG. I continued with my pill pass and passed pills
to E wing which takes approximately an hour to complete I
moved across the hall to D wing for pill pass. During the
pill pass I received a call over the radio from Officer
Johnson to come to medical. I told Johnson to stand by I was
doing pill pass. I had a needle in my hand and was in the
process of given the inmate insulin. Officer Johnson
immediately called for Nurse Kim over the radio to come to
medical and then approximately 2 minutes later called me
back over the radio to come to medical. I could tell at that
time this was important and I responded back to Officer
Johnson via radio that I'm in route back to medical."

13.20   PRYOR's written statement concluded:

"I arrived in medical cell 6 at approximately 2120 to find
inmate Lilly lying on the bunk on her back unresponsive. I
assisted Nurse Shelia and Kim in placing the Automated
External Defibrillator (AED) on Iretha Lilly's Chest. I
turned on the AED machine, and the AED advised no shock was
to be given.  CPR was immediately started on Inmate Lilly.
I, Nurse Pryor, started the chest compressions while Nurse

**DPS SENSITIVE**

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER 10773 |

1. **QUESTIONABLE DEATH Custodial Death**
2. **MCLENNAN COUNTY, WACO, TX, US**
3. **IRETHA JEAN LILLY, B/F, 05/24/1977  37 yoa**
4. **10/06/2014      ( Monday )**

Kim would give rescue breaths via Ambu bag. I went approximately 3 cycles of Chest compressions and Nurse Kim took over the chest compressions. Corporal Robison took over rescue breaths with the Ambu bag. I then proceeded to set up Oxygen at fifteen liters via nasal cannula. I then proceeded to search for an electric suction kit.  By the time I set up the electric suction kit, 2 EMTs arrived and took over CPR. The inmate was intubated for better oxygen inhalation while CPR continued. Nurse Kim and I assisted the EMTs conduct CPR on the Gurney until Lilly was in the ambulance."

End of statement.

**13.21**  Ranger PENA received a copy of a McLennan County Jail Incident/Medical Report completed by PRYOR on 10/06/2014. For completed details of this report refer to Exhibit 13.7.

**13.22**  This investigation will continue.

**WITNESSES:**

**13.1**  Shelia Jane SMITH - W/F -  08/19/1954 60 yoa

**Home :**  3225 South 4th Street

Waco, TX 76706 US
(817) 689-0494

**Work :**  McLennan County Sheriff's Office Jail

3201 East Highway 6
Waco, TX 76705 US
(254) 757-2555

03/17/2017 2:12:35 PM

TR-1 (Rev. 02/03)          *DPS SENSITIVE*

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY,  B/F, 05/24/1977  37 yoa
4.  10/06/2014      ( Monday )

for approximately four years. I was conducting a 15 minute
suicide watch on Inmate Lilly in Ho154. I noticed that she
was crying and holding her left arm at the shoulder area.
When Reporting Officer ask what was going on with her arm.
Inmate Lilly informed reporting officer that she was going
numb in her left arm and leg. Reporting Officer then locked
the door to the cell and informed Nurse Outley of the
situation. Nurse Outley then had reporting Officer bring the
Inmate to the Medical intake room where her vitals where
taken. Once in the Medical room she continued to cry and
complain of the pain but was able to answer all the
questions that the Nurse had to ask. Inmate Lilly then
reported to reporting Officer that she concerned for her
kids safety due to them being in a motel room by their self.
Cpl. VanDyke was then informed of the situation."

**14.7** HARRISON's written statement continued:

"Cpl VanDyke then had reporting Officer let Inmate Lilly use
the phone at the Booking desk. Inmate Lilly then made
contact with her sister and found out that her sister had
her kids with her. Inmate Lilly continued to talk with her
sister and appeared to be relieved that she knew where her
kids were. Reporting Officer does not recall the Inmate
complaining to her sister about the pain that she was
having. After the call was complete Inmate Lilly thanked
Reporting Officer for allowing her to use the phone and was
escorted back to Ho 154.  At approximately 1710 that evening
reporting officer was walking by Ho 154 and noticed her
lying on the floor crying and complaining of chest pain. I
then informed Nurse Outley of the problem with Inmate Lilly
and was instructed to bring her back to the Intake room.
Officer Tippie assisted me with escorting the Inmate to the
Intake room."

**14.8** HARRISON's written statement concluded:

03/17/2017 2:12:54 PM

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death

2.  MCLENNAN COUNTY,  WACO, TX, US

3.  IRETHA JEAN LILLY,  B/F,  05/24/1977   37 yoa

4.  10/06/2014      ( Monday )

medical. Inmate was handcuffed and placed back into a wheel chair. As we waited Nurse Riendfliesch came back with medication for inmate Iretha. She was then instructed to chew the medicine up and the next pill was to dissolve under her tongue. Inmate Iretha complied with Nurse's instructions. When than were told that she was to remain in Medical until further notice. Inmate Iretha was wheeled down and placed in msg-6. I Officer Fisher was asked to stay in medical to watch inmate Iretha for a moment. At 2019 I signed the suicide watch. At that time Inmate Iretha and I were talking about her hair. She began removing the weave. I had asked her if she was okay and if she had removed all the weave. Inmate replied, "Yes". I informed her that I was going to come in and remove the weave from her cell. After removing the hair from her cell I asked her if she wanted me to put it in her property. Inmate replied "No just put it in the trash". I did so. Nurse Riendfliesch checked her blood pressure and stated that her blood pressure looked good. Nurse Riendfliesch and I stepped out of the cell and I radioed to main control to close her cell door. Inmate was lying down on her mat. I ask Nurse Riendfliesch if there was anything else that medical needed assistance with, Nurse Riendfliesch replied, "No". I then headed back to A- wing."

**15.3**  FISHER's written statement concluded:

"Later this same night, A-wing received a call for female jailer assistance for a female that was unresponsive in Medical. Officer Taylor, Officer Palmer, and I, Officer Fisher, responded. Responding officers entered the cell at 2109. Inmate was lying on her back on the bunk, both arms up by her head, and the suicide suit had been taken off but was lying partially on top of the inmate.  Inmate's breast where exposed. I walked up to Inmate Iretha and tried to wake her. Inmate did not respond. Officer Taylor checked for a pulse on her neck and then turned to me and said, I don't feel a pulse. I then checked to see if I could feel a pulse. I

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1. **QUESTIONABLE DEATH Custodial Death**
2. **MCLENNAN COUNTY,  WACO, TX, US**
3. **IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa**
4. **10/06/2014      ( Monday )**

checked her neck and her wrist I felt no response. Officer
Taylor then asked for a flash light. I handed her mine then
we checked for any reaction in her pupils and there was no
response. We immediately called for medical assistance.
Nurse Smith was first to answer the medical call, Nurse
Pryor was right behind her. Nurse Smith called to Nurse
Riendfliesch for the red medical bag. Nurse Smith
immediately started inmate on an AED defibrillator. Nurse
Pryor started chest compressions and Nurse Riendfliesch
started the CPR mask. Nurses Smith told Cpl's to call for an
ambulance.  At 2121 Oxygen was placed on inmate nose. At
2122 the AED defibrillator said that no shock given and to
continue chest compressions. Chest compressions and CPR mask
and oxygen where continued. At 2131 ambulance arrives. Then
at 2132 EMTC arrived at the cell and took over continuing
compressions. The Head EMTC asked if anyone could take over
chest compressions. Nurse Riendfliesch took over
compressions. EMTC then began to hook inmate Iretha up to
equipment. After inmate had been hooked up to equipment she
was placed on a backboard and placed on a stretcher. Inmate
was escorted to the Sally Port where the ambulance was
waiting. At 2149 the ambulance was in route to Providence
Hospital. During this event, there were jailers documenting
times for future reference.  This is where I received the
above stated times."

End of statement.

**15.4** Ranger PENA received a copy of a McLennan County Jail
Incident/Medical Report completed by FISHER on 10/06/2014.
For completed details of this report refer to Exhibit 15.2.

**15.5** ROBISON provided a written statement on a Sworn Affidavit
(Exhibit 15.3).  ROBISON's verbatim statement is as follows:

"My name is James Ray Robison.  I am of sound mind, and 47
years of age, and competent to give this affidavit."

TR-1 (Rev. 02/03)                           *DPS SENSITIVE*

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  **QUESTIONABLE DEATH Custodial Death**
2.  **MCLENNAN COUNTY,  WACO, TX, US**
3.  **IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa**
4.  **10/06/2014       ( Monday )**

checked her neck and her wrist I felt no response. Officer Taylor then asked for a flash light. I handed her mine then we checked for any reaction in her pupils and there was no response. We immediately called for medical assistance. Nurse Smith was first to answer the medical call, Nurse Pryor was right behind her. Nurse Smith called to Nurse Riendfliesch for the red medical bag. Nurse Smith immediately started inmate on an AED defibrillator. Nurse Pryor started chest compressions and Nurse Riendfliesch started the CPR mask. Nurses Smith told Cpl's to call for an ambulance.  At 2121 Oxygen was placed on inmate nose. At 2122 the AED defibrillator said that no shock given and to continue chest compressions. Chest compressions and CPR mask and oxygen where continued. At 2131 ambulance arrives. Then at 2132 EMTC arrived at the cell and took over continuing compressions. The Head EMTC asked if anyone could take over chest compressions. Nurse Riendfliesch took over compressions. EMTC then began to hook inmate Iretha up to equipment. After inmate had been hooked up to equipment she was placed on a backboard and placed on a stretcher. Inmate was escorted to the Sally Port where the ambulance was waiting. At 2149 the ambulance was in route to Providence Hospital. During this event, there were jailers documenting times for future reference.  This is where I received the above stated times."

End of statement.

**15.4**  Ranger PENA received a copy of a McLennan County Jail Incident/Medical Report completed by FISHER on 10/06/2014. For completed details of this report refer to Exhibit 15.2.

**15.5**  ROBISON provided a written statement on a Sworn Affidavit (Exhibit 15.3).  ROBISON's verbatim statement is as follows:

"My name is James Ray Robison.  I am of sound mind, and 47 years of age, and competent to give this affidavit."

03/17/2017 2:13:17 PM

REPORT OF INVESTIGATION

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa
4.  10/06/2014      ( Monday )

"I am Cpl. James Robison, and I have been with the McLennan
County Sheriff's Office for approximately fifteen years. I
was working booking on October 6, 2014 at approximately 1945
hours when I saw Officer Palmer and Officer Willis at hold
over 154 assisting Iretha Lilly into a wheelchair to be
taken to medical. I was informed by Officer Palmer when she
return to booking that Nurse Riendfliesch had did an EKG on
Lilly because Lilly was complaining of chest pains and after
the EKG Lilly was placed in Med Seg 6 on a fifteen minute
suicide watch for her own safety. I wrote a report of this
move as to why she was housed from booking to medical. Then
at about 2109 hours I responded to a medical assistance call
in medical. When I entered MSG-6 Nurse Smith and Nurse Pryor
were hooking up the AED Machine to Iretha Lilly who was
lying on her bunk being unresponsive. I called over the
radio for Cpl. Phillips to get an ambulance in route to the
jail and for Lieutenant Ward to come to Medical. After the
AED had been connected and it stated no shock required. CPR
was immediately started.  Nurse Pryor started chest
compression and I used the CPR manual breathing mask-bag on
Lilly. To every thirty chest compressions I administered two
pumps of air to Lilly. I made sure a good seal was on the
mask to gain full effect of air when pump was used."

15.6  ROBISON's written statement concluded:

"After several rounds with Nurse Pryor administering CPR
chest compressions Nurse Riendfliesch took over giving chest
compressions. I kept giving two breaths to every thirty
compressions. Nurse Pryor placed  Oxygen tubes in Lilly's
nose. Nurse Riendfliesch checked Lilly for a pulse and CPR
was continued and I kept doing the breaths with the manual
mask to every thirty compressions two pumps of air. After
several minutes of Nurse Riendfliesch doing chest
compressions I asked Nurse Riendfliesch if she needed me to
take over doing chest compressions. Nurse Riendfliesch said

03/17/2017 2:13:17 PM

*DPS SENSITIVE*

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa
4.  10/06/2014       ( Monday )

checked her neck and her wrist I felt no response. Officer Taylor then asked for a flash light. I handed her mine then we checked for any reaction in her pupils and there was no response. We immediately called for medical assistance. Nurse Smith was first to answer the medical call, Nurse Pryor was right behind her. Nurse Smith called to Nurse Riendfliesch for the red medical bag. Nurse Smith immediately started inmate on an AED defibrillator. Nurse Pryor started chest compressions and Nurse Riendfliesch started the CPR mask. Nurses Smith told Cpl's to call for an ambulance.  At 2121 Oxygen was placed on inmate nose. At 2122 the AED defibrillator said that no shock given and to continue chest compressions. Chest compressions and CPR mask and oxygen where continued. At 2131 ambulance arrives. Then at 2132 EMTC arrived at the cell and took over continuing compressions. The Head EMTC asked if anyone could take over chest compressions. Nurse Riendfliesch took over compressions. EMTC then began to hook inmate Iretha up to equipment. After inmate had been hooked up to equipment she was placed on a backboard and placed on a stretcher. Inmate was escorted to the Sally Port where the ambulance was waiting. At 2149 the ambulance was in route to Providence Hospital. During this event, there were jailers documenting times for future reference.  This is where I received the above stated times."

End of statement.

**15.4**  Ranger PENA received a copy of a McLennan County Jail Incident/Medical Report completed by FISHER on 10/06/2014. For completed details of this report refer to Exhibit 15.2.

**15.5**  ROBISON provided a written statement on a Sworn Affidavit (Exhibit 15.3).  ROBISON's verbatim statement is as follows:

"My name is James Ray Robison.  I am of sound mind, and 47 years of age, and competent to give this affidavit."

03/17/2017 2:13:17 PM

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  **QUESTIONABLE DEATH Custodial Death**
2.  **MCLENNAN COUNTY,  WACO, TX, US**
3.  **IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa**
4.  **10/06/2014      ( Monday )**

"I am Cpl. James Robison, and I have been with the McLennan County Sheriff's Office for approximately fifteen years. I was working booking on October 6, 2014 at approximately 1945 hours when I saw Officer Palmer and Officer Willis at hold over 154 assisting Iretha Lilly into a wheelchair to be taken to medical. I was informed by Officer Palmer when she return to booking that Nurse Riendfliesch had did an EKG on Lilly because Lilly was complaining of chest pains and after the EKG Lilly was placed in Med Seg 6 on a fifteen minute suicide watch for her own safety. I wrote a report of this move as to why she was housed from booking to medical. Then at about 2109 hours I responded to a medical assistance call in medical. When I entered MSG-6 Nurse Smith and Nurse Pryor were hooking up the AED Machine to Iretha Lilly who was lying on her bunk being unresponsive. I called over the radio for Cpl. Phillips to get an ambulance in route to the jail and for Lieutenant Ward to come to Medical. After the AED had been connected and it stated no shock required. CPR was immediately started.  Nurse Pryor started chest compression and I used the CPR manual breathing mask-bag on Lilly. To every thirty chest compressions I administered two pumps of air to Lilly. I made sure a good seal was on the mask to gain full effect of air when pump was used."

**15.6**  ROBISON's written statement concluded:

"After several rounds with Nurse Pryor administering CPR chest compressions Nurse Riendfliesch took over giving chest compressions. I kept giving two breaths to every thirty compressions. Nurse Pryor placed  Oxygen tubes in Lilly's nose. Nurse Riendfliesch checked Lilly for a pulse and CPR was continued and I kept doing the breaths with the manual mask to every thirty compressions two pumps of air. After several minutes of Nurse Riendfliesch doing chest compressions I asked Nurse Riendfliesch if she needed me to take over doing chest compressions. Nurse Riendfliesch said

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY, B/F, 05/24/1977  37 yoa
4.  10/06/2014       ( Monday )

en route to Providence hospital. This was the last time that
I had any contact with Iretha, I then returned to my duties."

End of  statement.

16.4   Ranger PENA received a copy of a McLennan County Jail
       Incident/Medical Report completed by TAYLOR on 10/06/2014.
       For completed details of this report refer to Exhibit 16.2.

16.5   PALMER provided a written statement on a Sworn Affidavit
       (Exhibit 16.3).  PALMER's verbatim statement is as follows:

       "My name is Angel Marie Palmer.  I am of sound mind, and 29
       years of age, and competent to give this affidavit."

       "I, Angel Marie Palmer work at the McLennan County Jail
       through the Sheriff's Department. I have been working there
       for approximately one year and three months. On October 06,
       2014 I was called to work overtime on C-Shift from 7pm to
       7am. In roll call I was instructed by Lieutenant Ward to
       report to A-Wing. Approximately 10 minutes into the shift I
       was called by Officer Taylor over the phone. She informed me
       that I would be switching out with Officer Kersey due to a
       back injury she was having. Officer Kersey arrived to the
       picket around 1935, I then received the booking desk radio
       from the Officer and headed straight to Booking. As I
       arrived I was asked by Nurse Riendfliesch and Lieutenant
       Ward to take inmate Lilly down to medical to have an EKG
       performed. I then went over to the cell where Lilly was
       being held. I looked inside of the window and found Lilly
       sitting on the floor with her back against the wall near the
       door wearing a suicide prevention suit. After the wheelchair
       arrived I went back to the cell with assisting Officer
       Willis."

16.6   PALMER's written statement continued:

TR-1 (Rev. 02/03)                    *DPS SENSITIVE*

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  **QUESTIONABLE DEATH** Custodial Death
2.  **MCLENNAN COUNTY,  WACO, TX, US**
3.  **IRETHA JEAN LILLY**, B/F, 05/24/1977  37 yoa
4.  **10/06/2014      ( Monday )**

"The door was opened and I saw inmate Lilly was laying on the floor mumbling incoherently and holding her chest. Lilly was assisted to her feet by assisting Officer and I. Following procedures, I hand cuffed Lilly with her hands behind her back before escorting her to the wheelchair. I was given the Observation Sheet by Officer Meza before leaving the Booking area. Officer Willis and I then followed Nurse Riendfliesch down to Medical where she was placed in Trauma Room 1. We arrived to Medical at approximately 1950. After receiving orders from the Nurse I assisted Lilly out of the wheelchair up to the bed where the EKG was performed. I took the handcuffs off on Lilly wrist because the Nurse needed to have both hands free to conduct the EKG. Lilly was then instructed to lay on her back. Lilly complied with Officer's order. As the Nurse was performing the EKG Lilly was responsive to all questions that the Nurse was asking. ==Lilly continued to complain about her chest hurting as the test was being performed.=="

16.7   PALMER's written statement continued:

"After the test was over, I helped her back up and to her feet. I dressed Lilly back into her suicidal prevention suit and placed her back into the wheelchair. I placed handcuffs on Lilly wrist with her hands in the front until further notice was received from the Nurse. After the results were back I was informed by Nurse Riendfliesch that Lilly will be staying in Medical for the time being. While standing with Lilly in the hall of Medical, Nurse Riendfliesch approached Lilly and gave her three pills. I documented the time at 2010 on her Observation Sheet that medication was given. I then assisted with Officer Fisher in taking Lilly down to MSG 06 where she was to remain on her 15 minute suicide watch.  Nurse Riendfliesch arrived to the cell and gave Lilly another pill to place under her tongue. The Nurse then came back into the cell and had Lilly blood pressure taken. I asked Officer Fisher if she needed anymore assistance. I

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY, B/F, 05/24/1977  37 yoa
4.  10/06/2014      ( Monday )

en route to Providence hospital. This was the last time that
I had any contact with Iretha, I then returned to my duties."

End of statement.

16.4    Ranger PENA received a copy of a McLennan County Jail
Incident/Medical Report completed by TAYLOR on 10/06/2014.
For completed details of this report refer to Exhibit 16.2.

16.5    PALMER provided a written statement on a Sworn Affidavit
(Exhibit 16.3).  PALMER's verbatim statement is as follows:

"My name is Angel Marie Palmer.  I am of sound mind, and 29
years of age, and competent to give this affidavit."

"I, Angel Marie Palmer work at the McLennan County Jail
through the Sheriff's Department. I have been working there
for approximately one year and three months. On October 06,
2014 I was called to work overtime on C-Shift from 7pm to
7am. In roll call I was instructed by Lieutenant Ward to
report to A-Wing. Approximately 10 minutes into the shift I
was called by Officer Taylor over the phone. She informed me
that I would be switching out with Officer Kersey due to a
back injury she was having. Officer Kersey arrived to the
picket around 1935, I then received the booking desk radio
from the Officer and headed straight to Booking. As I
arrived I was asked by Nurse Riendfliesch and Lieutenant
Ward to take inmate Lilly down to medical to have an EKG
performed. I then went over to the cell where Lilly was
being held. I looked inside of the window and found Lilly
sitting on the floor with her back against the wall near the
door wearing a suicide prevention suit. After the wheelchair
arrived I went back to the cell with assisting Officer
Willis."

16.6   PALMER's written statement continued:

*DPS SENSITIVE*

**REPORT OF INVESTIGATION**

| | | |
|---|---|---|
| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa
4.  10/06/2014      ( Monday )

"The door was opened and I saw inmate Lilly was laying on the floor mumbling incoherently and holding her chest. Lilly was assisted to her feet by assisting Officer and I. Following procedures, I hand cuffed Lilly with her hands behind her back before escorting her to the wheelchair. I was given the Observation Sheet by Officer Meza before leaving the Booking area. Officer Willis and I then followed Nurse Riendfliesch down to Medical where she was placed in Trauma Room 1. We arrived to Medical at approximately 1950. After receiving orders from the Nurse I assisted Lilly out of the wheelchair up to the bed where the EKG was performed. I took the handcuffs off on Lilly wrist because the Nurse needed to have both hands free to conduct the EKG. Lilly was then instructed to lay on her back. Lilly complied with Officer's order. As the Nurse was performing the EKG Lilly was responsive to all questions that the Nurse was asking. Lilly continued to complain about her chest hurting as the test was being performed."

16.7  PALMER's written statement continued:

"After the test was over, I helped her back up and to her feet. I dressed Lilly back into her suicidal prevention suit and placed her back into the wheelchair. I placed handcuffs on Lilly wrist with her hands in the front until further notice was received from the Nurse. After the results were back I was informed by Nurse Riendfliesch that Lilly will be staying in Medical for the time being. While standing with Lilly in the hall of Medical, Nurse Riendfliesch approached Lilly and gave her three pills. I documented the time at 2010 on her Observation Sheet that medication was given. I then assisted with Officer Fisher in taking Lilly down to MSG 06 where she was to remain on her 15 minute suicide watch.  Nurse Riendfliesch arrived to the cell and gave Lilly another pill to place under her tongue. The Nurse then came back into the cell and had Lilly blood pressure taken. I asked Officer Fisher if she needed anymore assistance. I

03/17/2017 2:13:34 PM

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa
4.  10/06/2014      ( Monday )

"The door was opened and I saw inmate Lilly was laying on
the floor mumbling incoherently and holding her chest. Lilly
was assisted to her feet by assisting Officer and I.
Following procedures, I hand cuffed Lilly with her hands
behind her back before escorting her to the wheelchair. I
was given the Observation Sheet by Officer Meza before
leaving the Booking area. Officer Willis and I then followed
Nurse Riendfliesch down to Medical where she was placed in
Trauma Room 1. We arrived to Medical at approximately 1950.
After receiving orders from the Nurse I assisted Lilly out
of the wheelchair up to the bed where the EKG was performed.
I took the handcuffs off on Lilly wrist because the Nurse
needed to have both hands free to conduct the EKG. Lilly was
then instructed to lay on her back. Lilly complied with
Officer's order. As the Nurse was performing the EKG Lilly
was responsive to all questions that the Nurse was asking.
Lilly continued to complain about her chest hurting as the
test was being performed."

16.7  PALMER's written statement continued:

"After the test was over, I helped her back up and to her
feet. I dressed Lilly back into her suicidal prevention suit
and placed her back into the wheelchair. I placed handcuffs
on Lilly wrist with her hands in the front until further
notice was received from the Nurse. After the results were
back I was informed by Nurse Riendfliesch that Lilly will be
staying in Medical for the time being. While standing with
Lilly in the hall of Medical, Nurse Riendfliesch approached
Lilly and gave her three pills. I documented the time at
2010 on her Observation Sheet that medication was given. I
then assisted with Officer Fisher in taking Lilly down to
MSG 06 where she was to remain on her 15 minute suicide
watch.  Nurse Riendfliesch arrived to the cell and gave
Lilly another pill to place under her tongue. The Nurse then
came back into the cell and had Lilly blood pressure taken.
I asked Officer Fisher if she needed anymore assistance. I

***DPS SENSITIVE***

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1. **QUESTIONABLE DEATH Custodial Death**
2. **MCLENNAN COUNTY,  WACO, TX, US**
3. **IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa**
4. **10/06/2014        ( Monday )**

left Medical and reported back down to booking to give Cpl. Robison an update."

**16.8**  PALMER's written statement concluded:

"While working booking I received a call from Officer Williams at approximate 2105. Officer Williams asked me could I come down to check on Lilly because she was not being responsive and didn't have on any clothes, and wanted a female jailer.  Officer Johnson and I both reported down to medical. I arrived to medical and went to the cell where Lilly was being housed. I looked in and saw Lilly laying on her back on the bunk with both of her hands beside her head in a fist type manner.  I called out Lilly's name, and I did not receive a response. Lilly's suicide prevention suit was unstrapped and was partially covering her body like a blanket.  At this time Officer Fisher and Officer Taylor was coming to help assist. I called for the cell door to be opened and assisting officers and I entered. Officer Taylor and Officer Fisher went over to examine the body. Lilly was not responsive to the Officers touch or voice. Medical assistance was called to report to the cell. I then called for a Corporal to report down to medical. Officers were instructed by Corporal Robison to document the times that each different incident happened. I stayed close to the cell to see if any assistance would be needed. After the EMTC arrived I stepped out of the cell and remained in the Medical hall. When it was time to transport Lilly I followed the staff from medical to the Sally Port.  After Lilly was placed in the EMTC truck I remained in the Sally Port until all was cleared."

End of statement.

**16.9**  Ranger PENA received a copy of a McLennan County Jail Incident/Medical Report completed by PALMER on 10/06/2014. For completed details of this report refer to Exhibit 16.4.

03/17/2017 2:13:34 PM

## TEXAS DEPARTMENT OF PUBLIC SAFETY
## TEXAS RANGER DIVISION

**Page 1 of 9**

**REPORT OF INVESTIGATION**

<div style="border:1px solid black">

**THIS REPORT IS THE PROPERTY OF TEXAS DPS-TEXAS RANGER DIVISION. NEITHER IT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.**

</div>

1. QUESTIONABLE DEATH Custodial Death
2. MCLENNAN COUNTY,  WACO, TX, US
3. IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa
4. 10/06/2014        ( Monday )

| | | | |
|---|---|---|---|
| **REPORT OWNER:** | **PATRICK PENA, RANGER  10773 , WACO** | **FILE STATUS:** | **CLOSED** |
| **DIVISION:** | RF-2014-00335 | **TYPE:** | **CRIMINAL** |
| **RANGER:** | CA10773141009085506F | | |

**SYNOPSIS:**

**17.** 01/07/2015 Report Writer: PATRICK PENA, RANGER 10773, WACO
01/12/2015 Approved by: 10382 JAMIE DOWNS, LIEUTENANT

On 11/25/2014, Texas Ranger Patrick PENA obtained written statements from Andrew Lee WILLIAMS, John David PHILLIPS, and Carl Russell JOHNSON.

**DETAILS:**

**17.1** On 11/25/2014, Texas Ranger Patrick PENA met Andrew Lee WILLIAMS, John David PHILLIPS, and Carl Russell JOHNSON at the Texas Ranger Office located at 102 Texas Ranger Trail, Waco, Texas 76706.

**17.2** Andrew WILLIAMS provided a written statement on a Sworn Affidavit (Exhibit 17.1).  Andrew WILLIAMS' verbatim statement is as follows:

"My name is Andrew Lee Williams.  I am of sound mind, and 26 years of age, and competent to give this affidavit."

"I am a correctional officer at the McLennan County Jail. I have been employed by McLennan County since September of 2013. On the day of October 06, 2014 I was assigned to work in the medical section of the jail on the C Shift, 7PM-7AM. At approximately 2027 Iretha Lilly was brought down to medical to have an EKG preformed by Nurse Riendfliesch. Lilly was brought to medical in a wheel chair. My first

03/17/2017 2:14:40 PM

REPORT OF INVESTIGATION

| RANGER: CA1077314100908 | Div File No:<br>RF-2014-00335 | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY,  B/F, 05/24/1977  37 yoa
4.  10/06/2014      ( Monday )

visual of Lilly was her sitting in the wheel chair slouched
over to the side. She was moaning and crying and she
complained about her chest. At this time Nurse Riendfliesch
put Lilly inside the examination room and closed the door.
A short time later Lilly was placed inside MSG6.  Officer
Johnson and I were the officers assigned to medical this
evening, therefore we were the officers signing her watch
once she was placed in MSG6. The next visual I had of Lilly
was at 2052. Lilly was laying on her side on top of the bunk
in the fetal position and she was crying, mumbling under her
breath, and was kind of rocking from side to side, and she
was completely covered with her suicide suit."

**17.3**  Andrew WILLIAMS' written statement continued:

"The next time I checked Lilly was at 2104. At this time she
was laying flat on her back on top of the bunk and her hands
were resting on her chest. She was still covered up with her
suicide suit, and her chest was rising up and down at this
time. I documented the watch log with a 12 and a 15 meaning
that Lilly was lying down and sleeping.  She was still
covered up and not exposed at this point. In between the
times 2104 and 2109 I passed by Lilly's cell and noticed
that she was now disrobed with the suicide suit unstrapped
and partially covering her.  Lilly's breasts were exposed
with her arms raised above her head as she lied on her back
on top of the bunk.  I knocked on Lilly's door to try and
get her to cover up but I received no response from her.  At
approximately 2109 I called for female officers to step down
to medical to enter Lilly's cell to check on her and to
properly dress her with the suicide suit."

**17.4**  Andrew WILLIAMS' written statement continued:

"In between the phone call that I made and the arrival of
the female officers Nurse Smith arrived in medical. I asked
Nurse Smith if she could check on Lilly and get a response

03/17/2017 2:14:40 PM

## TEXAS DEPARTMENT OF PUBLIC SAFETY
## TEXAS RANGER DIVISION

**REPORT OF INVESTIGATION**

THIS REPORT IS THE PROPERTY OF TEXAS DPS-TEXAS RANGER DIVISION. NEITHER IT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa
4.  10/06/2014        ( Monday )

| | | | |
|---|---|---|---|
| REPORT OWNER:  PATRICK PENA, RANGER  10773 , WACO | | FILE STATUS:  CLOSED | |
| DIVISION:      RF-2014-00335 | | TYPE:          CRIMINAL | |
| RANGER:      CA10773141009085506F | | | |

### SYNOPSIS:

**17.**  01/07/2015 Report Writer: PATRICK PENA, RANGER 10773, WACO
01/12/2015 Approved by: 10382 JAMIE DOWNS, LIEUTENANT

On 11/25/2014, Texas Ranger Patrick PENA obtained written statements from Andrew Lee WILLIAMS, John David PHILLIPS, and Carl Russell JOHNSON.

### DETAILS:

**17.1**  On 11/25/2014, Texas Ranger Patrick PENA met Andrew Lee WILLIAMS, John David PHILLIPS, and Carl Russell JOHNSON at the Texas Ranger Office located at 102 Texas Ranger Trail, Waco, Texas 76706.

**17.2**  Andrew WILLIAMS provided a written statement on a Sworn Affidavit (Exhibit 17.1).  Andrew WILLIAMS' verbatim statement is as follows:

"My name is Andrew Lee Williams.  I am of sound mind, and 26 years of age, and competent to give this affidavit."

"I am a correctional officer at the McLennan County Jail. I have been employed by McLennan County since September of 2013. On the day of October 06, 2014 I was assigned to work in the medical section of the jail on the C Shift, 7PM-7AM. At approximately 2027 Iretha Lilly was brought down to medical to have an EKG preformed by Nurse Riendfliesch. Lilly was brought to medical in a wheel chair. My first

03/17/2017 2:14:40 PM

*DPS SENSITIVE*

REPORT OF INVESTIGATION

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death

2.  MCLENNAN COUNTY,  WACO, TX, US

3.  IRETHA JEAN LILLY,  B/F, 05/24/1977  37 yoa

4.  10/06/2014      ( Monday )

visual of Lilly was her sitting in the wheel chair slouched over to the side. She was moaning and crying and she complained about her chest. At this time Nurse Riendfliesch put Lilly inside the examination room and closed the door. A short time later Lilly was placed inside MSG6.  Officer Johnson and I were the officers assigned to medical this evening, therefore we were the officers signing her watch once she was placed in MSG6. The next visual I had of Lilly was at 2052. Lilly was laying on her side on top of the bunk in the fetal position and she was crying, mumbling under her breath, and was kind of rocking from side to side, and she was completely covered with her suicide suit."

**17.3**  Andrew WILLIAMS' written statement continued:

"The next time I checked Lilly was at 2104. At this time she was laying flat on her back on top of the bunk and her hands were resting on her chest. She was still covered up with her suicide suit, and her chest was rising up and down at this time. I documented the watch log with a 12 and a 15 meaning that Lilly was lying down and sleeping.  She was still covered up and not exposed at this point. In between the times 2104 and 2109 I passed by Lilly's cell and noticed that she was now disrobed with the suicide suit unstrapped and partially covering her.  Lilly's breasts were exposed with her arms raised above her head as she lied on her back on top of the bunk.  I knocked on Lilly's door to try and get her to cover up but I received no response from her.  At approximately 2109 I called for female officers to step down to medical to enter Lilly's cell to check on her and to properly dress her with the suicide suit."

**17.4**  Andrew WILLIAMS' written statement continued:

"In between the phone call that I made and the arrival of the female officers Nurse Smith arrived in medical. I asked Nurse Smith if she could check on Lilly and get a response

03/17/2017 2:14:40 PM

*DPS SENSITIVE*

REPORT OF INVESTIGATION

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death

2.  MCLENNAN COUNTY,  WACO, TX, US

3.  IRETHA JEAN LILLY,  B/F, 05/24/1977  37 yoa

4.  10/06/2014      ( Monday )

visual of Lilly was her sitting in the wheel chair slouched over to the side. She was moaning and crying and she complained about her chest. At this time Nurse Riendfliesch put Lilly inside the examination room and closed the door. A short time later Lilly was placed inside MSG6.  Officer Johnson and I were the officers assigned to medical this evening, therefore we were the officers signing her watch once she was placed in MSG6. The next visual I had of Lilly was at 2052. Lilly was laying on her side on top of the bunk in the fetal position and she was crying, mumbling under her breath, and was kind of rocking from side to side, and she was completely covered with her suicide suit."

**17.3**  Andrew WILLIAMS' written statement continued:

"The next time I checked Lilly was at 2104. At this time she was laying flat on her back on top of the bunk and her hands were resting on her chest. She was still covered up with her suicide suit, and her chest was rising up and down at this time. I documented the watch log with a 12 and a 15 meaning that Lilly was lying down and sleeping.  She was still covered up and not exposed at this point. In between the times 2104 and 2109 I passed by Lilly's cell and noticed that she was now disrobed with the suicide suit unstrapped and partially covering her.  Lilly's breasts were exposed with her arms raised above her head as she lied on her back on top of the bunk.  I knocked on Lilly's door to try and get her to cover up but I received no response from her.  At approximately 2109 I called for female officers to step down to medical to enter Lilly's cell to check on her and to properly dress her with the suicide suit."

**17.4**  Andrew WILLIAMS' written statement continued:

"In between the phone call that I made and the arrival of the female officers Nurse Smith arrived in medical. I asked Nurse Smith if she could check on Lilly and get a response

03/17/2017 2:14:40 PM

**REPORT OF INVESTIGATION**

| | | |
|---|---|---|
| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1. QUESTIONABLE DEATH Custodial Death
2. MCLENNAN COUNTY,  WACO, TX, US
3. IRETHA JEAN LILLY,  B/F, 05/24/1977  37 yoa
4. 10/06/2014      ( Monday )

visual of Lilly was her sitting in the wheel chair slouched over to the side. She was moaning and crying and she complained about her chest. At this time Nurse Riendfliesch put Lilly inside the examination room and closed the door. A short time later Lilly was placed inside MSG6.  Officer Johnson and I were the officers assigned to medical this evening, therefore we were the officers signing her watch once she was placed in MSG6. The next visual I had of Lilly was at 2052. Lilly was laying on her side on top of the bunk in the fetal position and she was crying, mumbling under her breath, and was kind of rocking from side to side, and she was completely covered with her suicide suit."

**17.3**  Andrew WILLIAMS' written statement continued:

"The next time I checked Lilly was at 2104. At this time she was laying flat on her back on top of the bunk and her hands were resting on her chest. She was still covered up with her suicide suit, and her chest was rising up and down at this time. I documented the watch log with a 12 and a 15 meaning that Lilly was lying down and sleeping.  She was still covered up and not exposed at this point. In between the times 2104 and 2109 I passed by Lilly's cell and noticed that she was now disrobed with the suicide suit unstrapped and partially covering her.  Lilly's breasts were exposed with her arms raised above her head as she lied on her back on top of the bunk.  I knocked on Lilly's door to try and get her to cover up but I received no response from her.  At approximately 2109 I called for female officers to step down to medical to enter Lilly's cell to check on her and to properly dress her with the suicide suit."

**17.4**  Andrew WILLIAMS' written statement continued:

"In between the phone call that I made and the arrival of the female officers Nurse Smith arrived in medical. I asked Nurse Smith if she could check on Lilly and get a response

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa
4.  10/06/2014      ( Monday )

from her. According to protocol a nurse cannot enter a cell to check on a female inmate without female officers present for safety. Nurse Smith knocked on the door and called out Miss Lilly several times with no response. The three female officers arrived in medical at approximately 2115. At this time the cell door was popped and the three female officers and Nurse Smith entered the cell.  Once they entered the cell they covered Lilly up and began trying to get a response from her. She still gave no response at this time. Officer Johnson called for all medical staff to report to medical immediately. At approximately 2118 CPR began and Nurse Smith advised me that we need to call an ambulance. I called over the radio for any available corporal to call an ambulance immediately. Corporal Phillips copied the transmission and called the ambulance. Shortly after that transmission the remaining medical staff arrived and the medical operations continued."

**17.5**  Andrew WILLIAMS' written statement concluded:

"At approximately 2131 the paramedics arrived. When they arrived in medical they asked our nursing staff several questions and then relieved them. They began doing their own medical operations and at approximately 2146 she was loaded up on a stretcher and wheeled out of medical. She was loaded into the ambulance and left the sally port where the ambulance was parked at approximately 2149. She was accompanied by female Officer Hazel Williams to Providence Hospital."

End of statement.

**17.6**  Ranger PENA received a copy of a McLennan County Jail Incident/Medical Report completed by Andrew WILLIAMS on 10/06/2014.  For completed details of this report refer to Exhibit 17.2.

03/17/2017 2:14:40 PM

REPORT OF INVESTIGATION

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death

2.  MCLENNAN COUNTY,  WACO, TX, US

3.  IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa

4.  10/06/2014       ( Monday )

from her. According to protocol a nurse cannot enter a cell to check on a female inmate without female officers present for safety. Nurse Smith knocked on the door and called out Miss Lilly several times with no response. The three female officers arrived in medical at approximately 2115. At this time the cell door was popped and the three female officers and Nurse Smith entered the cell.  Once they entered the cell they covered Lilly up and began trying to get a response from her. She still gave no response at this time. Officer Johnson called for all medical staff to report to medical immediately. At approximately 2118 CPR began and Nurse Smith advised me that we need to call an ambulance. I called over the radio for any available corporal to call an ambulance immediately. Corporal Phillips copied the transmission and called the ambulance. Shortly after that transmission the remaining medical staff arrived and the medical operations continued."

**17.5**  Andrew WILLIAMS' written statement concluded:

"At approximately 2131 the paramedics arrived. When they arrived in medical they asked our nursing staff several questions and then relieved them. They began doing their own medical operations and at approximately 2146 she was loaded up on a stretcher and wheeled out of medical. She was loaded into the ambulance and left the sally port where the ambulance was parked at approximately 2149. She was accompanied by female Officer Hazel Williams to Providence Hospital."

End of statement.

**17.6**  Ranger PENA received a copy of a McLennan County Jail Incident/Medical Report completed by Andrew WILLIAMS on 10/06/2014.  For completed details of this report refer to Exhibit 17.2.

03/17/2017 2:14:40 PM

REPORT OF INVESTIGATION

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1.  QUESTIONABLE DEATH Custodial Death
2.  MCLENNAN COUNTY,  WACO, TX, US
3.  IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa
4.  10/06/2014      ( Monday )

SHOULTZ stated he has been a cardiologist for approximately twenty (20) years and reads EKGs on a daily basis.  SHOULTZ stated he reads approximately one hundred (100) EKGs in a week.  Ranger PENA did not advise SHOULTZ with specific details regarding this case concerning LILLY in order that SHOULTZ could provide an unbiased reading of the EKGs.

**18.5**  SHOULTZ' interview continued:

Ranger PENA presented SHOULTZ with the first EKG.  SHOULTZ stated this first EKG showed the patient (LILLY) was having a big heart attack.  Ranger PENA then presented SHOULTZ with the second EKG.  SHOULTZ stated the second EKG showed the patient (LILLY) is still having a fairly large heart attack.

**18.6**  SHOULTZ' interview continued:

SHOULTZ stated the EKGs indicated a clogged artery and the patient (LILLY) should have been taken to a hospital to receive treatment for a heart attack.  SHOULTZ stated both EKGs were "good quality studies" and did not indicate that the patient's (LILLY's) movement or heavy breathing effected the EKG.  SHOULTZ stated both EKGs were correct when they indicated "abnormal" and should have been an alert.  SHOULTZ ended this interview by stating, "My diagnosis would be that patient is in the midst of having a big heart attack and should be in the hospital."

Ranger PENA ended this interview with SHOULTZ.

**18.7**  This investigation will continue.

TR-1 (Rev. 02/03)                    *DPS SENSITIVE*

**REPORT OF INVESTIGATION**

| RANGER: CA1077314100908 | Div File No: | STATUS: CLOSED |
|---|---|---|
| TYPE: CRIMINAL | RF-2014-00335 | BY: PATRICK PENA, RANGER  10773 |

1. QUESTIONABLE DEATH Custodial Death
2. MCLENNAN COUNTY,  WACO, TX, US
3. IRETHA JEAN LILLY,  B/F, 05/24/1977   37 yoa
4. 10/06/2014       ( Monday )

SHOULTZ stated he has been a cardiologist for approximately twenty (20) years and reads EKGs on a daily basis.  SHOULTZ stated he reads approximately one hundred (100) EKGs in a week.  Ranger PENA did not advise SHOULTZ with specific details regarding this case concerning LILLY in order that SHOULTZ could provide an unbiased reading of the EKGs.

**18.5**   SHOULTZ' interview continued:

Ranger PENA presented SHOULTZ with the first EKG.  SHOULTZ stated this first EKG showed the patient (LILLY) was having a big heart attack.  Ranger PENA then presented SHOULTZ with the second EKG.  SHOULTZ stated the second EKG showed the patient (LILLY) is still having a fairly large heart attack.

**18.6**   SHOULTZ' interview continued:

SHOULTZ stated the EKGs indicated a clogged artery and the patient (LILLY) should have been taken to a hospital to receive treatment for a heart attack.  SHOULTZ stated both EKGs were "good quality studies" and did not indicate that the patient's (LILLY's) movement or heavy breathing effected the EKG.  SHOULTZ stated both EKGs were correct when they indicated "abnormal" and should have been an alert.  SHOULTZ ended this interview by stating, "My diagnosis would be that patient is in the midst of having a big heart attack and should be in the hospital."

Ranger PENA ended this interview with SHOULTZ.

**18.7**   This investigation will continue.

03/17/2017 2:14:58 PM